Jason S. Brookner (TX Bar No. 24033684)
Amber M. Carson (TX Bar No. 24075610)
Blake M. Bryan (TX Bar No. 24140152)
**GRAY REED**
1845 Woodall Rodgers Fwy
Suite 1300
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:       jbrookner@grayreed.com
             acarson@grayreed.com
             bbryan@grayreed.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL NATIONAL LLC, | § | Case No. 26-90190 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 41-4406315 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| 600 PARTNERS LLC, | § | Case No. 26-90191 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 81-5095557 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| 777 ASSET MANAGEMENT LLC, | § | Case No. 26-90192 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 98-1623771 | § | |

4932-9849-8243

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| 777 PARTNERS LLC, | § § § | Case No. 26-90193 (ELM) |
| Debtor. | § § § | |
| Tax I.D. No. 61-1762656 | § § | |
| In re: | § § | Chapter 11 |
| DAEDALUS I LLC, | § § § | Case No. 26-90194 (ELM) |
| Debtor. | § § § | |
| Tax I.D. No. N/A | § § | |
| In re: | § § | Chapter 11 |
| EMPLOYEE FUNDING OF AMERICA, LLC, | § § § | Case No. 26-90195 (ELM) |
| Debtor. | § § § | |
| Tax I.D. No. 46-3805923 | § § | |
| In re: | § § | Chapter 11 |
| F3EA CAPITAL LLC, | § § § | Case No. 26-90196 (ELM) |
| Debtor. | § § § | |
| Tax I.D. No. 47-5280204 | § § | |
| In re: | § § | Chapter 11 |
| F3EA HOLDINGS LLC, | § § § | Case No. 26-90197 (ELM) |
| Debtor. | § § § | |
| Tax I.D. No. 47-4622746 | § | |

2

4932-9849-8243

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| F3EA SERVICING LLC, | § | Case No. 26-90198 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 30-0884077 | § | |
| In re: | § | Chapter 11 |
| | § | |
| IRONMAN CAPITAL LLC, | § | Case No. 26-90199 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 86-3297527 | § | |
| In re: | § | Chapter 11 |
| | § | |
| LEX CAPITAL HOLDINGS LLC, | § | Case No. 26-90200 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |
| In re: | § | Chapter 11 |
| | § | |
| LUMIERE ACQUISITIONS COMPANY LLC, | § | Case No. 26-90201 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 83-4454628 | § | |
| In re: | § | Chapter 11 |
| | § | |
| LUMIERE FINANCING LLC, | § | Case No. 26-90202 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 84-3732898 | § | |

4932-9849-8243

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| PHOENICIA LLC, | § | Case No. 26-90203 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 83-2245451 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL AHF MEDICAL RECEIVABLES HOLDCO LLC, | § | Case No. 26-90204 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 82-2292121 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL LF PORTFOLIO HOLDCO LLC, | § | Case No. 26-90205 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL MLH MEDICAL RECEIVABLES HOLDCO LLC, | § | Case No. 26-90206 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 82-2292121 | § | |

4

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL SERVICING LLC, | § | Case No. 26-90207 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 82-2301768 | § | |
| In re: | § | Chapter 11 |
| | § | |
| SINGER ASSET FINANCE COMPANY, L.L.C., | § | Case No. 26-90208 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 22-3399978 | § | |
| In re: | § | Chapter 11 |
| | § | |
| SUTTONPARK CAPITAL LLC, | § | Case No. 26-90209 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 27-2061728 | § | |
| In re: | § | Chapter 11 |
| | § | |
| SUTTONPARK SERVICING LLC, | § | Case No. 26-90210 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 27-2061728 | § | |
| In re: | § | Chapter 11 |
| | § | |
| TACTICAL MARKETING PARTNERS LLC, | § | Case No. 26-90211 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 47-5178819 | § | |

5

4932-9849-8243

|  | § |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| THRESHER ACQUISITION, LLC, | § | Case No. 26-90212 (ELM) |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
|  | § |  |
| Tax I.D. No. 86-2150462 | § |  |

**DEBTORS' EMERGENCY MOTION FOR ENTRY
OF AN ORDER (I) DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

> **EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 1:30 P.M. ON AUGUST 11, 2026.**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**
>
> **A VIRTUAL HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 11, 2026, AT 1:30 P.M. IN ROOM 204, U.S. COURTHOUSE, 501 W. TENTH STREET, FORT WORTH, TEXAS 76102.**
>
> **PARTICIPATION AT THE HEARING WILL ONLY BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1.650.479.3207. VIDEO COMMUNICATION WILL BE BY THE USE OF THE CISCO WEBEX PLATFORM. CONNECT VIA THE CISCO WEBEX APPLICATION OR CLICK THE LINK ON JUDGE MORRIS' HOME PAGE. THE MEETING CODE IS 2309 445 3213. CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF ELECTRONIC HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE MORRIS' HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

respectfully state as follows in support of this motion ("Motion"):

6

4932-9849-8243

**Relief Requested**

1. By this Motion, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) directing procedural consolidation and joint administration of these chapter 11 cases; and (b) granting related relief.

2. Specifically, the Debtors request that the Court maintain one file and one docket for all the jointly-administered cases under the case of Signal National LLC, and that the cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SIGNAL NATIONAL LLC, *et al.*,[1] | § § | Case No. 26-90190 (ELM) |
| Debtors. | § § § | (Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/SignalNational.  The Debtors' address for service in these chapter 11 cases is 3500 Maple Ave, Suite 420, Dallas, Texas 75219.

3. The Debtors further request an order from the Court that this caption satisfies the requirements set forth in section 342(c)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

4. The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket in each debtor case other than Signal National LLC, to reflect the joint administration of these chapter 11 cases:

4932-9849-8243

An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas directing joint administration for procedural purposes of the chapter 11 cases of Signal National LLC, *et al.* **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 26-90190 (ELM)**.

## Jurisdiction and Venue

5. The United States Bankruptcy Court for the Northern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

6. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Rules 1015(b) and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 1015-1(a) of the *Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas* (the "Local Rules"), and sections J.34 and J.35 of the *Procedures for Complex Cases in the Northern District of Texas* (the "Complex Case Procedures").

## Background

8. Debtors 777 Partners and 600 Partners were founded as investment companies with operating subsidiaries and investment vehicles in numerous industries, including structured settlement portfolios, insurance and reinsurance, aviation, media and entertainment, and professional sports. Over time, the Debtors' enterprises expanded through a complex network of affiliated entities, special purpose vehicles, reinsurers, and portfolio companies operating across the United States, Canada, Europe, South America, Australia, and the Caribbean. The Debtors' growth strategy depended heavily upon continued access to external capital, including private credit markets, asset-backed lending facilities, and insurance and reinsurance financing arrangements.

4932-9849-8243

9. As described more fully in the First Day Declaration, the Debtors' capital structure and asset base were built upon financing arrangements that are now the subject of extensive civil litigation, a pending SEC civil enforcement action, and a related federal criminal prosecution—each arising out of allegations that the Debtors' founders and others caused certain Debtor and non-Debtor entities to pledge the same collateral to more than one lender, divert loan and investor proceeds for personal benefit, and misrepresented 777 Partners' and 600 Partners' financial condition to investors and creditors. The unraveling of these arrangements began in 2023, accelerating events leading to the loss of substantially all of the Debtors' operating sports and aviation assets and a series of adverse and escalating litigation. As a result, the Debtors have been winding down their historical operations in an effort to maximize value for creditors while managing substantial, overlapping litigation exposure.

10. On August 9, 2026 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Concurrently with the filing of this Motion, the Debtors have filed a motion requesting procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committee has been appointed.

11. A detailed description of the Debtors and their businesses, and the facts and circumstances supporting this Motion and the Debtors' chapter 11 cases, are set forth in the *Declaration of Mark Shapiro, Chief Operating Officer, in Support of Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"), filed contemporaneously herewith and incorporated herein by reference.

4932-9849-8243

**Basis for Relief**

12. Bankruptcy Rule 1015(b) provides, in pertinent part, that if "two or more cases [are] pending in the court . . . by or against . . . (B) a partnership and one or more of its general partners; (C) two or more general partners; or (D) a debtor and an affiliate" the court may order joint administration of the estates. The Debtor entities that commenced these chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein. Bankruptcy Local Rule 1015-1(a) further provides for the joint administration of related chapter 11 cases.

13. Given the integrated nature of the Debtors' operations, and overlap of assets and liabilities, joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest. Many, if not all, of the motions, hearings, and orders in these chapter 11 cases will affect each Debtor entity. The entry of an order directing joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections. Joint administration will allow the Office of the United States Trustee for the Northern District of Texas and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

14. Joint administration is generally non-controversial, and courts in this district routinely order joint administration in cases with multiple related debtors. *See, e.g.*, *In re ASP Unifrax Holdings, Inc.*, No. 26-80008 (SWE) (Bankr. N.D. Tex. July 28, 2026) (authorizing joint administration); *In re Inspired Healthcare Cap. Holdings, LLC*, No. 26-90004 (MXM) (Bankr. N.D. Tex. Feb. 5, 2026) (same); *In re Omnicare LLC*, No. 25-80486 (SGJ) (Bankr. N.D. Tex. Sep. 24, 2025) (same); *In re Zips Car Wash, LLC*, No. 25-80069 (MVL) (Bankr. N.D. Tex. Feb. 7, 2025) (same); *In re Buca Tex. Rests., L.P.,* No. 24-80058 (SGJ) (Bankr. N.D. Tex. Aug. 7, 2024)

10

4932-9849-8243

(same); *In re Cottonwood Fin. Ltd.*, No. 24-80035 (SWE) (Bankr. N.D. Tex. Feb. 29, 2024) (same);

*In re Eye Care Leaders Portfolio Holdings, LLC*, No. 24-80001 (MVL) (Bankr. N.D. Tex. Jan. 22, 2024) (same).[1]

15.     Joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates.  Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases.  Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

### Notice

16.     The Debtors will provide notice of this motion to the following parties or their counsel: (a) the U.S. Trustee for the Northern District of Texas; (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) Foley & Lardner LLP, as counsel to the DIP Agent, ACAP, AAV2024, Haymarket; (d) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., as counsel to Dacian; (e) Sidley Austin LLP, counsel to National Founders; (f) the United States Attorney's Office for the Northern District of Texas; (g) the Internal Revenue Service; (h) the state attorneys general for states in which the Debtors conduct business; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Debtors submit that no other or further notice is needed.

---

[1] Because of the voluminous nature of the orders cited herein, such orders have not been attached to this Motion. Copies of these orders are available upon request to the Debtors' proposed counsel.

4932-9849-8243

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted this 9th day of August, 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Amber M. Carson
Texas Bar No. 24075610
Blake M. Bryan
Texas Bar No. 24140152
1845 Woodall Rodgers Fwy, Suite 1300
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
acarson@grayreed.com
bbryan@grayreed.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on August 9, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas. Additionally, the Debtors' proposed claims agent will be directed to serve the foregoing document as set forth in a forthcoming affidavit.

*/s/ Jason S. Brookner*
Jason S. Brookner

4932-9849-8243

## Exhibit A

## Proposed Order

4932-9849-8243

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL NATIONAL LLC, | § | Case No. 26-90190 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 41-4406315 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| 600 PARTNERS LLC, | § | Case No. 26-90191 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 81-5095557 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| 777 ASSET MANAGEMENT LLC, | § | Case No. 26-90192 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 98-1623771 | § | |

4932-9849-8243

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| 777 PARTNERS LLC, | § § § | Case No. 26-90193 (ELM) |
| Debtor. | § § | |
| Tax I.D. No. 61-1762656 | § | |
| In re: | § § | Chapter 11 |
| DAEDALUS I LLC, | § § § | Case No. 26-90194 (ELM) |
| Debtor. | § § | |
| Tax I.D. No. N/A | § | |
| In re: | § § | Chapter 11 |
| EMPLOYEE FUNDING OF AMERICA, LLC, | § § § § | Case No. 26-90195 (ELM) |
| Debtor. | § § | |
| Tax I.D. No. 46-3805923 | § | |
| In re: | § § | Chapter 11 |
| F3EA CAPITAL LLC, | § § § | Case No. 26-90196 (ELM) |
| Debtor. | § § | |
| Tax I.D. No. 47-5280204 | § | |
| In re: | § § | Chapter 11 |
| F3EA HOLDINGS LLC, | § § § | Case No. 26-90197 (ELM) |
| Debtor. | § § | |
| Tax I.D. No. 47-4622746 | § | |

2

4932-9849-8243

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| F3EA SERVICING LLC, | § Case No. 26-90198 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 30-0884077 | § |
| In re: | § Chapter 11 |
| | § |
| IRONMAN CAPITAL LLC, | § Case No. 26-90199 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 86-3297527 | § |
| In re: | § Chapter 11 |
| | § |
| LEX CAPITAL HOLDINGS LLC, | § Case No. 26-90200 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. N/A | § |
| In re: | § Chapter 11 |
| | § |
| LUMIERE ACQUISITIONS COMPANY LLC, | § Case No. 26-90201 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 83-4454628 | § |
| In re: | § Chapter 11 |
| | § |
| LUMIERE FINANCING LLC, | § Case No. 26-90202 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 84-3732898 | § |

3

4932-9849-8243

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PHOENICIA LLC, | § | Case No. 26-90203 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 83-2245451 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL AHF MEDICAL RECEIVABLES HOLDCO LLC, | § | Case No. 26-90204 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 82-2292121 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL LF PORTFOLIO HOLDCO LLC, | § | Case No. 26-90205 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL MLH MEDICAL RECEIVABLES HOLDCO LLC, | § | Case No. 26-90206 (ELM) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 82-2292121 | § | |

4

4932-9849-8243

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| SIGNAL SERVICING LLC, | § Case No. 26-90207 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 82-2301768 | § |
| In re: | § Chapter 11 |
| | § |
| SINGER ASSET FINANCE COMPANY, L.L.C., | § Case No. 26-90208 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 22-3399978 | § |
| In re: | § Chapter 11 |
| | § |
| SUTTONPARK CAPITAL LLC, | § Case No. 26-90209 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 27-2061728 | § |
| In re: | § Chapter 11 |
| | § |
| SUTTONPARK SERVICING LLC, | § Case No. 26-90210 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 27-2061728 | § |
| In re: | § Chapter 11 |
| | § |
| TACTICAL MARKETING PARTNERS LLC, | § Case No. 26-90211 (ELM) |
| | § |
| Debtor. | § |
| | § |
| Tax I.D. No. 47-5178819 | § |

5

4932-9849-8243

|   |   |   |
|---|---|---|
| In re: | § | Chapter 11 |
|   | § |   |
|   | § |   |
| THRESHER ACQUISITION, LLC, | § | Case No. 26-90212 (ELM) |
|   | § |   |
| Debtor. | § |   |
|   | § |   |
|   | § |   |
| Tax I.D. No. 86-2150462 | § |   |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion ("Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, and (b) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion, and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion and the record of the hearing on such Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4932-9849-8243

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 26-90190 (ELM) (the "Lead Case").

3. All pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, filed in the jointly administered cases shall bear the caption of the Lead Case, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL NATIONAL LLC, *et al.*,[1] | § | Case No. 26-90190 (ELM) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/SignalNational. The Debtors' address for service in these chapter 11 cases is 3500 Maple Ave, Suite 420, Dallas, Texas 75219.

4. All orders, pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, shall be filed and docketed in the Lead Case.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than the Lead Case, to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas directing joint administration for procedural purposes of the chapter 11 cases of Signal National LLC, *et al*. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 26-90190 (ELM).**

7

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Northern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list.

7.      All proofs of claim, lists, schedules, and statements (if applicable) shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

8.      The Debtors shall file monthly operating reports and Bankruptcy Rule 2015.3 reports on an entity-by-entity basis.

9.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of any party in interest to seek entry of an order substantively consolidating these cases.

10.     The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # END OF ORDER # # #

8

4932-9849-8243

Submitted by:

Jason S. Brookner (TX Bar No. 24033684)
Amber M. Carson (TX Bar No. 24075610)
Blake M. Bryan (TX Bar No. 24140152)
**GRAY REED**
1845 Woodall Rodgers Fwy, Suite 1300
Dallas, TX 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:       jbrookner@grayreed.com
             acarson@grayreed.com
             bbryan@grayreed.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

9

4932-9849-8243