**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| SIGNAL NATIONAL LLC, *et al.*,[1] | § | Case No. 26-90190 (ELM) |
| Debtors. | § | (Jointly Administered) |

# GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file their Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"). The Schedules and Statements were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007-1 of the *Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas* by the Debtors with the assistance of their advisors and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. To the extent that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

The Debtors and their professionals do not and cannot guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While diligent and reasonable efforts have been made to provide accurate and complete information in the Schedules and Statements, inadvertent errors or omissions may exist. In no event shall the Debtors or their professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/SignalNational. The Debtors' address for service in these chapter 11 cases is 3500 Maple Ave, Suite 420, Dallas, Texas 75219.

reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their professionals are advised of the possibility of such damages.

These Global Notes are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules or Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. ***"As Of" Information Date***. On August 9, 2026 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

   To the best of the Debtors' knowledge, the information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted. Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtors reserve all rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

2. ***Reservations and Limitations***. Diligent and reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to: (a) amend and/or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, amending the Schedules and Statements with respect to the description or designation of any claim (each, a "Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, or priority of any Claim (regardless of whether such Claim is designated in the Schedules and Statement as "disputed," "contingent," or "unliquidated").

   Notwithstanding the Debtors' diligent and reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases

listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, recharacterization, or defenses and/or causes of action arising under the provisions of chapter five (5) of the Bankruptcy Code and any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs, nor shall it otherwise infringe upon the Debtors' rights to amend their Schedules and Statements at any time before these chapter 11 cases are closed, pursuant to Bankruptcy Rule 1009.

3. ***Claims Description.*** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."

> A claim that is dependent on the realization of some uncertain future event is a "**contingent**" claim.
>
> A claim, or portion of a claim, for which a specific value could not be readily quantified by the Debtor using currently available information is scheduled as "**unliquidated**."
>
> A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is "**disputed**."

Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification. Additionally, the Debtors expressly reserve all rights to designate such Claims as "disputed," "contingent," or "unliquidated" at a later date. Moreover, listing a Claim does not constitute an admission of liability by the Debtors. The Debtors reserve all rights to amend Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

4. ***Basis of Presentation***. Information contained in the Schedules and Statements has been derived from the information provided by the Debtors' management. The Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and are not intended to reconcile fully with any financial statements prepared under GAAP. Therefore, combining the assets and liabilities set forth in the Schedules and

Statements would result in amounts that are substantially different from financial information that would otherwise be prepared under GAAP. To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

5. ***Causes of Action***. Despite making diligent and reasonable efforts to identify all known assets, the Debtors may not have identified or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter five (5) of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action by the Debtors.

6. ***Book Value***. Except as otherwise indicated, the Debtors, along with their proposed financial advisors, have made a good faith effort to list assets and liabilities based on book values as of the latest close of books and records or, where possible, through the Petition Date. The book values of certain assets may materially differ from their fair market values. Certain assets that have been fully depreciated or that were expensed for accounting purposes either may not appear in the Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any of the Debtors' rights with respect to such asset.

7. ***Classifications.*** Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," or (c) a claim on Schedule E/F as "unsecured," or (d) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims, contracts, or leases or to setoff such Claims.

8. ***Court Orders***. Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain of the Debtors' ordinary course operational costs and

employee compensation. Accordingly, certain liabilities may have been or may be satisfied in accordance with such First Day Orders and therefore, generally are not listed in the Schedules and Statements.

9. ***Liabilities***. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

10. ***Excluded Assets and Liabilities***. The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; deferred revenue accounts; and certain accrued liabilities. The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist. In addition, other immaterial or *de minimis* assets and liabilities may also have been excluded.

11. ***Property Rights.*** Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, or otherwise expired by terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

12. ***Insiders.*** In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omitting a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that they are not an "insider" or "affiliate" under applicable law or with respect to any theories of liability or for any other purpose.

There have been allegations that AAV2024 LLC, Haymarket Insurance Company, and ACM Delegate LLC and their affiliates (collectively, "ACAP") are insiders of the Debtors. There has not been a judicial determination of this issue and thus, the Debtors have not treated ACAP as insiders for purposes of the Schedules and Statements. The Debtors reserve all rights.

13. ***Intercompany Balances.*** The Schedules include intercompany balances due to and from certain of the Debtors and their Debtor and non-Debtor affiliates. Intercompany balances remain subject to reconciliation and thus may be designated as "Unknown." For purposes of the Schedules and Statements, all potential affiliates that may hold an intercompany receivable or payable were identified based on the balances recorded on the applicable Debtors' books and records. Amended Schedules will be filed upon completion of the reconciliation of intercompany accounts.

14. ***Estimates***. To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15. ***Fiscal Year***. Each Debtor's fiscal year ends on December 31.

16. ***Currency***. Unless otherwise indicated, all amounts are reflected in U.S. dollars. Currency conversions are generally as of the Petition Date.

17. ***Equity Interests***. For purposes of these Schedules, the Debtors have listed an unknown value of their respective equity interests. Nothing in these Schedules is an admission by or conclusion of the Debtors regarding the value of such equity interests.

18. ***Executory Contracts and Unexpired Leases***. Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of any contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to any contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

    Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

19. ***Totals***. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise Undetermined Amounts, the actual total may be different from the listed total.

20. ***Unliquidated Claim Amounts.*** Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

21. ***Undetermined Amounts***. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

22. ***Liens.*** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

23. ***Confidential Information.*** Pursuant to that certain *Order (I) Authorizing the Debtors to Serve a Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases, (IV) Establishing a Master Service List, and (V) Granting Related Relief* [Docket No. 81] (the "Creditor Matrix Order"), the Bankruptcy Court has authorized the Debtors to redact certain personally identifiable information, such as home addresses of individuals. To the extent the Debtors believe a claim, name, address, or amount falls under the purview of the Creditor Matrix Order, such information is not included in the Schedules and Statements. The alterations or redactions are limited only to what the Debtors believe is warranted to comply with the Creditor Matrix Order.

24. ***Setoffs.*** The Debtors may have incurred setoffs and net payments in the ordinary course of business. Such setoffs and nettings may have occurred due to a variety of transactions or disputes, including intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

25. ***Bankruptcy Proceeding Payments.*** Payments related to the bankruptcy proceedings are listed under the respective Debtor that made the payment. Where a payment was made by a non-Debtor entity on behalf a Debtor, such payment is listed under Signal National LLC as the lead case in these jointly administered proceedings.

26. ***777 Partners LLC and 600 Partners LLC***. Historically, the books and records of 777 Partners LLC and 600 Partners LLC have not been maintained on a basis that permits the assets, liabilities, and other financial information attributable to each entity to be separately identified. Since their inception, the two entities have utilized the same company code within each general ledger system used by the Debtors to maintain their respective books and records. Accordingly, based solely on the available books and records, the Debtors are unable to reliably determine the assets and liabilities attributable to 777 Partners LLC and 600 Partners LLC on an individual basis. To the extent the

Debtors are able to further allocate assets and liabilities between the two entities, the Schedules will be amended accordingly.

**Specific Disclosures with Respect to the Debtors' Schedules**

1. ***Schedule A/B:*** Assets on Schedule A/B are recorded as of August 9, 2026.

2. ***Schedule A/B Question 3:*** With respect to SuttonPark Servicing, LLC, the Axos Bank account ending in #3795 serves as the passthrough account and holds approximately $3.5 million in funds, and the Axos Bank account ending in #9869 serves as the suspense account and holds approximately $5.6 million in funds. All funds held in these two accounts are owed to third parties in connection with loan servicing operations.

3. ***Schedule A/B Question 11:*** SuttonPark Capital, LLC holds interests in numerous structured settlements and lottery winnings. The historical accounting records associated with these assets are not sufficiently reliable, and the Debtor is currently undertaking a comprehensive review and analysis of such assets to determine whether any residual future value remains. Amended Schedules may be filed to the extent additional information becomes available as a result of this ongoing analysis.

4. ***Schedule D:*** The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

5. ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims***. The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all rights to dispute the amount and the priority status of any claim on any basis at any time. All claims listed on the Debtors' Schedule E/F, Part 1, are claims arising from tax obligations for which the Debtors may potentially be liable, and which may be subject to ongoing audits or other proceedings.

6. ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.*** The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

   Certain creditors listed on Schedule E/F are involved in litigation and the case(s) may/may not be concluded as to the settlement of the case. The Debtors reserve their rights to amend Schedule E/F for all settled cases at or near the Petition Date, and for any supplemental claims and/or lawsuits that may have been filed, yet not served on the Debtors as of the Petition Date.

All creditors listed on the Schedules of SuttonPark Servicing, LLC with the basis for the claim designated as "structured settlement recipient" are parties that have been identified as potentially holding a claim to the funds held in Axos Bank account ending in #3795 and Axos Bank account ending in #9869.

**Specific Disclosures with Respect to the Debtors' Statements**

1. ***Statement 1.*** SuttonPark Capital, LLC generated minimal revenue related to receipts from structured settlements and lottery winnings in which it holds an interest. However, the revenue reflected on the Debtor's books and records is recorded on an accrual basis and is derived from a portfolio of deals that requires adjustment to account for assets no longer owned by SuttonPark Capital, LLC or that are otherwise uncollectible. The Debtor is currently undertaking a review and analysis of these deals to determine the accurate revenue attributable to such assets. Amended Schedules will be filed to the extent additional information becomes available as a result of this ongoing analysis.

2. ***Statement 5.*** The values listed for property foreclosed upon, transferred by deed in lieu of foreclosure, or repossessed are subject to reconciliation, valuation, or further investigation. Nothing in the Schedules and Statements is an admission by, or conclusion of, the Debtors regarding the value of such property.

3. ***Statement 7.*** On August 10, 2026, the Commonwealth of Massachusetts Office of the Attorney General served SuttonPark Capital, LLC with a Civil Investigation Demand. As this demand was served postpetition, it is not reflected in the Statement of Financial Affairs.

4. ***Statement 17.*** The 777 Partners LLC 401(k) Plan (the "Plan") was terminated in 2024. The following affiliates had adopted the Plan: F3EA Holdings LLC; Employee Funding of America LLC; F3EA Servicing LLC; Speed Leasing Company LLC; JusticeFunds LLC; Signal Funding LLC; Signal AHF LLC; Signal MLH LLC; SuttonPark Capital LLC; and Liberty Settlement Funding LLC.

5. ***Statement 18.*** The 777 Asset Management, LLC account ending in #6857 at City National Bank of Florida was open as of the Petition Date. The account was subsequently closed on August 24, 2026, due to account inactivity, the accrual of recurring service fees, and the fact that City National Bank of Florida is not included on the United States Trustee's list of approved depositories.

6. ***Statement 21.*** With respect to SuttonPark Servicing, LLC, the Axos Bank account ending in #3795 serves as the Passthrough Account and holds approximately $3.5 million in funds, and the Axos Bank account ending in #9869 serves as the Suspense Account and holds approximately $5.6 million in funds. All or most of the funds held in these two accounts are owed to third parties in connection with structured settlements and lottery servicing operations.

**Fill in this information to identify the case:**

Debtor name 777 Partners LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-90193

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $2,950,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $6,129,568.76 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $9,079,568.76 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $1,423,149,566.66 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $184,636.93 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $1,551,711,596.85 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $2,975,045,800.44 |

**Fill in this information to identify the case:**

Debtor name 777 PARTNERS LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (If known): 26-90193

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand**

**NONE**

3. **Checking, savings, money market, or financial brokerage account** *(Identify all)* — **Current value of debtor's interest**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | CUSTOMERS BANK | CHECKING | 6 7 2 5 | $-299.52 |

4. **Other cash equivalents** *(Identify all)* — **Current value of debtor's interest**

**NONE**

5. **Total of Part 1** — $-299.52
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | SECURITY DEPOSIT, QUEST WORKSPACES, LLC - MIAMI TOWER | $25,000.00 |

| | | Current value of debtor's interest |
|---|---|---|
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | BENEFITS, DIFFERENCE CARD - EB EMPLOYEE SOLUTIONS, LLC | $13,936.30 |

**9. Total of Part 2**
Add lines 7 through 8. Copy the total to line 81. $38,936.30

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

**NONE**

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $0.00

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **NONE** | | |

| | **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | Name of entity: | % of ownership: | | |
| 15.1 | 347 GREEN LEASING CAYMAN LIMITED | 99% | FMV | UNKNOWN |
| 15.2 | 42 BRUTON LTD. | 90% | FMV | UNKNOWN |
| 15.3 | 777 ASSET MANAGEMENT LLC | 100% | FMV | UNKNOWN |
| 15.4 | 777 ASSET MANAGEMENT LTD | 100% | FMV | UNKNOWN |
| 15.5 | 777 ENERGY LLC | 100% | FMV | UNKNOWN |
| 15.6 | 777 EQUIPMENT FINANCE LLC | 100% | FMV | UNKNOWN |
| 15.7 | 777 OS LLC | 100% | FMV | UNKNOWN |
| 15.8 | 777 PARTNERS UK LIMITED | 100% | FMV | UNKNOWN |
| 15.9 | 777 REAL ESTATE LLC | 100% | FMV | UNKNOWN |
| 15.10 | 777 SOFTWARE LLC | 100% | FMV | UNKNOWN |
| 15.11 | 7777 SPV I LLC | 100% | FMV | UNKNOWN |
| 15.12 | BASKETBALL LEAGUE LIMITED | 45% | FMV | UNKNOWN |
| 15.13 | BRICKELL INSURANCE HOLDINGS | 75% | FMV | UNKNOWN |
| 15.14 | CLEAR CAPITAL LLC | 90.5% | FMV | UNKNOWN |
| 15.15 | ENGLAND HOLDINGS 3 INC. | 70% | FMV | UNKNOWN |
| 15.16 | F3EA CAPITAL LLC | 100% | FMV | UNKNOWN |
| 15.17 | F3EA HOLDINGS LLC | 100% | FMV | UNKNOWN |
| 15.18 | FIRST SUSTAINABLE II LLC | 78% | FMV | UNKNOWN |
| 15.19 | FLAIR AIRLINES LTD | 9% | FMV | UNKNOWN |
| 15.20 | HERON FINANCE 2021-1 LLC | 100% | FMV | UNKNOWN |
| 15.21 | ILFM LLC | 100% | FMV | UNKNOWN |
| 15.22 | INSURETY CAPITAL LLC | 92.5% | FMV | UNKNOWN |
| 15.23 | IRONMAN CAPITAL LLC | 100% | FMV | UNKNOWN |
| 15.24 | JF SOFTWARE HOLDINGS, LLC | 100% | FMV | UNKNOWN |
| 15.25 | JUSTICEFUNDS LLC | 66% | FMV | UNKNOWN |
| 15.26 | JWARP II LLC | 100% | FMV | UNKNOWN |
| 15.27 | JWARP III LLC | 100% | FMV | UNKNOWN |
| 15.28 | JWARP IV LLC | 100% | FMV | UNKNOWN |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.29 JWARP LLC | 100% | FMV | UNKNOWN |
| 15.30 LEVEL2 EVCS LLC | 100% | FMV | UNKNOWN |
| 15.31 LONDON LIONS GROUP LIMITED | 92.15% | FMV | UNKNOWN |
| 15.32 LUMIERE FINANCING LLC | 33% | FMV | UNKNOWN |
| 15.33 MANAGED CARE ADVISORY GROUP, LLC | 100% | FMV | UNKNOWN |
| 15.34 MEDSET FUNDING LLC FKA 777 RE INVESTMENTS LLC | 100% | FMV | UNKNOWN |
| 15.35 MV REALTY PBC, LLC | 0% | FMV | UNKNOWN |
| 15.36 NOTEWORTHY CAPITAL, LLC | 100% | FMV | UNKNOWN |
| 15.37 OLC LEGACY I LLC | 100% | FMV | UNKNOWN |
| 15.38 OSPREY FINANCE LLC | 100% | FMV | UNKNOWN |
| 15.39 PEREGRINE FINANCE LLC | 100% | FMV | UNKNOWN |
| 15.40 PHOENICIA LLC | 95% | FMV | UNKNOWN |
| 15.41 PROCAP INSURANCE PARTNERS | 95% | FMV | UNKNOWN |
| 15.42 RANDALL & DOLAN LLC (CLASS B AND W UNITS) | UNKNOWN% | FMV | UNKNOWN |
| 15.43 SIGNAL FINANCIAL HOLDINGS LLC | 100% | FMV | UNKNOWN |
| 15.44 SOLOMON ASSET MANAGEMENT LLC | 9% | FMV | UNKNOWN |
| 15.45 SPEED LEASING COMPANY LLC | 100% | FMV | UNKNOWN |
| 15.46 SPHINX FUNDING LLC | 80% | FMV | UNKNOWN |
| 15.47 STUDIO LION LLC | 100% | FMV | UNKNOWN |
| 15.48 SUSTAINABLE SUPPLIES LLC | 100% | FMV | UNKNOWN |
| 15.49 SYNCHRONO GROUP INC. | 19.1% | FMV | UNKNOWN |
| 15.50 THRESHER ACQUISITION LLC | 90% | FMV | UNKNOWN |
| 15.51 TRIPLE 7 IRISH OPERATIONS LIMITED FKA DELPHINUS CONCEPT LTD | 100% | FMV | UNKNOWN |
| 15.52 TRIPLE SEVEN TALENT LLC | 100% | FMV | UNKNOWN |
| 15.53 TRIPLE7 SPORTS MANAGEMENT LLC | 100% | FMV | UNKNOWN |
| 15.54 TSP MANAGEMENT LIMITED | 100% | FMV | UNKNOWN |
| 15.55 UNITED STAR SOFTWARE LIMITED | 52.1% | FMV | UNKNOWN |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

**Valuation method used for current value** | **Current value of debtor's interest**

Describe:

**NONE**

**17. Total of Part 4** $0.00

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory (mm/dd/yy) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**NONE**

| General description | Date of the last physical inventory (mm/dd/yy) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**20. Work in progress**

**NONE**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**21. Finished goods, including goods held for resale**

**NONE**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**22. Other inventory or supplies**

**NONE**

**23. Total of Part 5** $0.00
Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?

☑ No ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☑ No ☐ Yes Book value ____________ Valuation method ______________ Current value ____________

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops-either planted or harvested**

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**31. Farm and fishing supplies, chemicals, and feed**

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**32. Other farming and fishing-related property not already listed in Part 6**

**NONE**

**33. Total of Part 6.** $0.00
Add lines 28 through 32. Copy the total to line 85.

**34.** Is the debtor a member of an agricultural cooperative?

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☑ No ☐ Yes Book value ___________ Valuation method _____________ Current value ___________

**36.** Is a depreciation schedule available for any of the property listed in Part 6?

☑ No ☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?

☑ No ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 OFFICE FURNITURE | $0.00 | FMV | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40. Office fixtures** | | | |
| **NONE** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 1 DESKTOP COMPUTER | $0.00 | AMORTIZED COSTS | UNKNOWN |
| 41.2 48 LAPTOPS | $0.00 | AMORTIZED COSTS | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**42. Collectibles**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**NONE**

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☑ No ☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No ☐ Yes Book value ________ Valuation method ________ Current value ________

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**NONE**

**49. Aircraft and accessories**

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**NONE**

**51.** **Total of Part 8.** $0.00
Add lines 46 through 50. Copy the total to line 87.

**52.** Has any of the property listed in Part 8 been a subject of a depreciation schedule within the last year?

☑ No ☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **55.** | **Real property** | | | | |
| 55.1 | CONDOMINIUM LOCATED AT 6899 COLLINS AVE., UINT 2707 MIAMI BEAC FL 33131 | EQUITABLE INTEREST | $2,950,000.00 | MARKET | $2,950,000.00 |

**56.** **Total of Part 9.** $2,950,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☑ No ☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No ☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **NONE** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. Internet domain names and websites** | | | |
| 61.1 DOMAIN NAME-777ASSETMGMT.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.2 DOMAIN NAME-777EQFIN.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.3 DOMAIN NAME-777PART.INFO | $0.00 | BOOK VALUE | $0.00 |
| 61.4 DOMAIN NAME-777PART.IO | $0.00 | BOOK VALUE | $0.00 |
| 61.5 DOMAIN NAME-777PART.NET | $0.00 | BOOK VALUE | $0.00 |
| 61.6 DOMAIN NAME-777PART.ORG | $0.00 | BOOK VALUE | $0.00 |
| 61.7 DOMAIN NAME-777PART.TECH | $0.00 | BOOK VALUE | $0.00 |
| 61.8 DOMAIN NAME-777RE.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.9 DOMAIN NAME-777STREAM.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.10 DOMAIN NAME-ABB-APAC.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.11 DOMAIN NAME-AIRMAGICBOX.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.12 DOMAIN NAME-BRICKELL-GROUP.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.13 DOMAIN NAME-BRICKELL-GROUP.NET | $0.00 | BOOK VALUE | $0.00 |
| 61.14 DOMAIN NAME-BRICKELL-INSURANCE.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.15 DOMAIN NAME-COSANO.IO | $0.00 | BOOK VALUE | $0.00 |
| 61.16 DOMAIN NAME-F3EAHOLDINGS.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.17 DOMAIN NAME-FLAIRAGENT.CA | $0.00 | BOOK VALUE | $0.00 |
| 61.18 DOMAIN NAME-INSURETYFINANCIAL.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.19 DOMAIN NAME-KANDU.BIZ | $0.00 | BOOK VALUE | $0.00 |
| 61.20 DOMAIN NAME-LUMIEREACQUISITION.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.21 DOMAIN NAME-SCOUTLAW.GROUP | $0.00 | BOOK VALUE | $0.00 |
| 61.22 DOMAIN NAME-SPCAPPNET.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.23 DOMAIN NAME-SPHINXTEAM.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.24 DOMAIN NAME-SUPLATAYA.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.25 DOMAIN NAME-SUTTONPARKWEB.PW | $0.00 | BOOK VALUE | $0.00 |
| 61.26 DOMAIN NAME-UPLAYINC.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.27 DOMAIN NAME-VAULTPAD.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.28 DOMAIN NAME-WORLDAIRWAYS.BIZ | $0.00 | BOOK VALUE | $0.00 |
| 61.29 DOMAIN NAME-WORLDAIRWAYS.CLUB | $0.00 | BOOK VALUE | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. Internet domain names and websites** | | | |
| 61.30 DOMAIN NAME-WORLDAIRWAYS.CO | $0.00 | BOOK VALUE | $0.00 |
| 61.31 DOMAIN NAME-WORLDAIRWAYS.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.32 DOMAIN NAME-WORLDAIRWAYS.GLOBAL | $0.00 | BOOK VALUE | $0.00 |
| 61.33 DOMAIN NAME-WORLDAIRWAYS.INFO | $0.00 | BOOK VALUE | $0.00 |
| 61.34 DOMAIN NAME-WORLDAIRWAYS.INTERNATIONAL | $0.00 | BOOK VALUE | $0.00 |
| 61.35 DOMAIN NAME-WORLDAIRWAYS.ME | $0.00 | BOOK VALUE | $0.00 |
| 61.36 DOMAIN NAME-WORLDAIRWAYS.MOBI | $0.00 | BOOK VALUE | $0.00 |
| 61.37 DOMAIN NAME-WORLDAIRWAYSCLUB.COM | $0.00 | BOOK VALUE | $0.00 |
| 61.38 DOMAIN NAME-WORLDAIRWAYSCLUB.US | $0.00 | BOOK VALUE | $0.00 |
| 61.39 DOMAIN NAME-ZOCALAONS.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.40 DOMAIN NAME-ZOCALOAN.NET | $0.00 | BOOK VALUE | UNKNOWN |
| 61.41 DOMAIN NAME-ZOCALOANS.NET | $0.00 | BOOK VALUE | UNKNOWN |
| 61.42 WEBSITE - 777PART.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.43 WEBSITE - 777PART.COM-PROD-FEB-25-2022-HEAVY | $0.00 | BOOK VALUE | UNKNOWN |
| 61.44 WEBSITE - 777PART.COM-PROD-FEB2022 | $0.00 | BOOK VALUE | UNKNOWN |
| 61.45 WEBSITE - 777PART.COM-STAGING-FEB2022 | $0.00 | BOOK VALUE | UNKNOWN |
| 61.46 WEBSITE - 777RE.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.47 WEBSITE - ASKPEC.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.48 WEBSITE - CASESTRATEGIESGROUP | $0.00 | BOOK VALUE | UNKNOWN |
| 61.49 WEBSITE - CBC | $0.00 | BOOK VALUE | UNKNOWN |
| 61.50 WEBSITE - CBC-SETTLEMENT-PROD | $0.00 | BOOK VALUE | UNKNOWN |
| 61.51 WEBSITE - CBC-SETTLEMENT-STAGING | $0.00 | BOOK VALUE | UNKNOWN |
| 61.52 WEBSITE - EMPLOYEEFUNDINGOFAMERICA.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.53 WEBSITE - GLOBALCLAIMADVISORS.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.54 WEBSITE - INSURETYAGENCYSERVICES.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.55 WEBSITE - LAWFIRMAZ.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.56 WEBSITE - LEVEL2 | $0.00 | BOOK VALUE | UNKNOWN |
| 61.57 WEBSITE - QUEUEDIAL-STAGING-NEWV | $0.00 | BOOK VALUE | UNKNOWN |
| 61.58 WEBSITE - QUEUEDIAL.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.59 WEBSITE - QUEUEDIAL.COM-STAGING | $0.00 | BOOK VALUE | UNKNOWN |
| 61.60 WEBSITE - QUEUEDIALN | $0.00 | BOOK VALUE | UNKNOWN |
| 61.61 WEBSITE - SENIORADVISERGROUP.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.62 WEBSITE - SENIORCAPITALSOLUTIONS.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.63 WEBSITE - SIGNALFUNDS.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.64 WEBSITE - SPEED-NM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.65 WEBSITE - SUTTONPARK.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.66 WEBSITE - TRIPLE7SPORTS.COM | $0.00 | BOOK VALUE | UNKNOWN |
| 61.67 WEBSITE - WORKPRESS-ABB-TEMP | $0.00 | BOOK VALUE | UNKNOWN |
| 61.68 WEBSITE - WORLDAIRWAYSLOOKUP | $0.00 | BOOK VALUE | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**62. Licenses, franchises, and royalties**

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**63. Customer lists, mailing lists, or other compilations**

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**64. Other intangibles, or intellectual property**

**NONE**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**65. Goodwill**

**NONE**

**66. Total of Part 10.** $0.00
Add lines 60 through 65. Copy the total to line 89.

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No ☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No ☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**71. Notes receivable**
Description (include name of obligor)

| | Description | Total face amount | doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71.1 | JOSH WANDER RECEIVABLE | $4,087,777.81 | $0.00 | = ........ → | $4,087,777.81 |
| 71.2 | YLF NOTE RECEIVABLE | $2,003,154.17 | $0.00 | = ........ → | $2,003,154.17 |

**72. Tax refunds and unused net operating losses (NOLs)** — **Current value of debtor's interest**
Description (for example, federal, state, local)

**NONE**

**73. Interests in insurance policies or annuities** — **Current value of debtor's interest**

**NONE**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)** — **Current value of debtor's interest**

74.1 1 MADISON OFFICE FEE LLC — $0.00
**Nature of claim:** SECURITY DEPOSIT
**Amount requested:** $2,500,000

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** — **Current value of debtor's interest**

**NONE**

**76. Trusts, equitable or future interests in property** — **Current value of debtor's interest**

**NONE**

**77. Other property of any kind not already listed**
*Examples:* Season tickets, country club membership

| | | Current value of debtor's interest |
|---|---|---|
| 77.1 | 777 ASSET MANAGEMENT LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.2 | 777 RE. LTD - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.3 | CHILLER ISLAND 1 LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.4 | EMPLOYEE FUNDING OF AMERICA, LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.5 | F3EA CAPITAL LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.6 | JUSTICE FUNDS LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.7 | NC LEGACY, LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.8 | NOVATION VENTURES, LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.9 | NV FUNDING, LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |
| 77.10 | SUTTONPARK CAPITAL, LLC - INTERCOMPANY RECEIVABLE | UNKNOWN |

**78. Total of Part 11.** $6,090,931.98
Add lines 71 through 77. Copy the total to line 90.

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?

☑ No ☐ Yes

## Part 12: Summary

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| **80.** | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | | $-299.52 | | |
| **81.** | Deposits and prepayments. *Copy line 9, Part 2.* | | $38,936.30 | | |
| **82.** | Accounts receivable. *Copy line 12, Part 3.* | | $0.00 | | |
| **83.** | Investments. *Copy line 17, Part 4.* | | $0.00 | | |
| **84.** | Inventory. *Copy line 23, Part 5.* | | $0.00 | | |
| **85.** | Farming and fishing-related assets. *Copy line 33, Part 6.* | | $0.00 | | |
| **86.** | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7* | | $0.00 | | |
| **87.** | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | | $0.00 | | |
| **88.** | Real property. *Copy line 56, Part 9.* → | | | | $2,950,000.00 |
| **89.** | Intangibles and intellectual property. *Copy line 66, Part 10.* | | $0.00 | | |
| **90.** | All other assets. *Copy line 78, Part 11.* | | $6,090,931.98 | | |
| **91.** | **Total.** Add lines 80 through 90 for each column. | 91a. | $6,129,568.76 | + 91b. | $2,950,000.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 $9,079,568.76

**Fill in this information to identify the case:**

Debtor name 777 PARTNERS LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (If known): 26-90193

❑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List All Creditors with Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**2.1**

Creditor's name
ACM DELEGATE LLC

**Creditor's mailing address**
1180 AVENUE OF THE AMERICAS, 21ST FLOOR
NEW YORK, NY 10036

**Creditor's email address, if known**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
ALL ASSETS

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
❑ Unliquidated
☑ Disputed

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral** that supports this claim |
|---|---|
| $74,398,211.40 | UNKNOWN |

**2.2**

Creditor's name
BMO HARRIS BANK N.A.

**Creditor's mailing address**
320 SOUTH CANAL STREET
CHICAGO, IL 60603

**Creditor's email address, if known**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
- ❑ No. Specify each creditor, including this creditor, and its relative priority.
- ❑ Yes. The relative priority of creditors is specified on lines _______

Describe debtor's property that is subject to a lien
PLEDGE OF EQUITY IN BIH

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
❑ Unliquidated
☑ Disputed

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral** that supports this claim |
|---|---|
| $59,575,370.26 | UNKNOWN |

**2.3**

Creditor's name
BR HOLDINGS AGENT, LLC

**Creditor's mailing address**
150 NORTH RIVERSIDE PLAZA
SUITE 5200
CHICAGO, IL 60606

**Creditor's email address, if known**
SZEMNICK@VICTORYPARKCAPITAL.COM

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _______

Describe debtor's property that is subject to a lien
PLEDGE OF EQUITY IN MANAGED CARE ADVISORY GROUP, LLC

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral** that supports this claim |
|---|---|
| $8,938,289.00 | UNKNOWN |

**2.4**

Creditor's name
HAYMARKET INSURANCE COMPANY & AAV2024 LLC, WITH ACM DELEGATE LLC, AS AGENT

**Creditor's mailing address**
415 BEDFORD ROAD, SUITE 102
PLEASANTVILLE, NY 10570

**Creditor's email address, if known**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _______

Describe debtor's property that is subject to a lien
ALL ASSETS

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral** that supports this claim |
|---|---|
| $1,259,454,011.76 | UNKNOWN |

**2.5**

Creditor's name
LEADENHALL CAPITAL PARTNERS LLP

**Creditor's mailing address**
LEVEL 15, 70 MARK LANE
LONDON, EC3R 7NQ

**Creditor's email address, if known**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.
 ☐ Yes. The relative priority of creditors is specified on lines _______

Describe debtor's property that is subject to a lien
PLEDGE OF EQUITY IN BIH

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral** that supports this claim |
|---|---|
| UNKNOWN | UNKNOWN |

**2.6**

Creditor's name
SILAC INSURANCE COMPANY

**Creditor's mailing address**
10201 N. ILLINOIS ST., SUITE 280
CARMEL, IN 46290

**Creditor's email address, if known**
SCOTT.MATTHEWS@SILACINS.COM

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.
 ☐ Yes. The relative priority of creditors is specified on lines _______

Describe debtor's property that is subject to a lien
RQIH STOCK

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral** that supports this claim |
|---|---|
| $20,783,684.24 | UNKNOWN |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** $1,423,149,566.66

**Fill in this information to identify the case:**

Debtor name 777 PARTNERS LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (If known): 26-90193

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)* and on *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.1**

**Priority creditor's name and mailing address**
ALABAMA DEPT. OF REVENUE BUSINESS
PRIVILEGE TAX SECTION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)()

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $100.00 |

**2.2**

**Priority creditor's name and mailing address**
MIAMI-DADE COUNTY TAX COLLECTOR
DADE TAX COLLECTOR 200 NW 2 AVENUE
MIAMI, FL 33128-1733

**Date or dates debt was incurred**
2023, 2024, 2025

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)()

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $183,969.51 |

**2.3**

**Priority creditor's name and mailing address**
PALM BEACH COUNTY TAX COLLECTOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)()

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $0.00 | $500.00 |

**2.4**

**Priority creditor's name and mailing address**
WASHINGTON STATE DEPARTMENT OF REVENUE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)()

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $0.00 | $67.42 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.1**

**Nonpriority creditor's name and mailing address**
1221 MANAGEMENT LLC
1221 BRICKELL AVE
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$350,000.00

**3.2**

**Nonpriority creditor's name and mailing address**
140-150 GRAND HOLDINGS LLC
140 GRAND STREET, SUITE 705
WHITE PLAINS, NY 10601

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$194,688.92

**3.3**

**Nonpriority creditor's name and mailing address**
777 RE INVESTMENTS LLC
C/O GLASSRATNER
3500 MAPLE AVE, SUITE 420
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.4**

**Nonpriority creditor's name and mailing address**
A.T. KEARNEY INC
227 W MONROE STREET
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$262,351.00

**3.5**

**Nonpriority creditor's name and mailing address**
AAV2024 LLC
C/O FOLEY & LARDNER LLP - MARK MOORE
2021 MCKINNEY AVE SUITE 1600
DALLAS, TX 75201

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PRE-PETITION DIP LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.6**

**Nonpriority creditor's name and mailing address**
ADVANTAGE CAPITAL HOLDINGS LLC
1180 AVENUE OF THE AMERICAS, 21ST
FLOOR
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
PRE-PETITION DIP LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$7,459,500.00

**3.7**

**Nonpriority creditor's name and mailing address**
ADVANTAGE CAPITAL HOLDINGS LLC
1180 AVENUE OF THE AMERICAS, 21ST
FLOOR
NEW YORK, NY 10036

**Date or dates debt was incurred**
5/28/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
SECURED TERM NOTE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$4,987,676.67

**3.8**

**Nonpriority creditor's name and mailing address**
ADVANTAGE CAPITAL HOLDINGS LLC
1180 AVENUE OF THE AMERICAS, 21ST
FLOOR
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$2,040,348.65

**3.9**

**Nonpriority creditor's name and mailing address**
ADVANTAGE CAPITAL HOLDINGS LLC
1180 AVENUE OF THE AMERICAS, 21ST
FLOOR
NEW YORK
NY
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
UNSECURED LOAN AGREEMENT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$25,320,176.63

**3.10**

**Nonpriority creditor's name and mailing address**
AIR SHIFT CONSULTANCY SERVICES PTE.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$75,333.54

**3.11**

**Nonpriority creditor's name and mailing address**
AL-NAHHAS
C/O EDWARD WALLACE, ESQ.
150 N. WACKER DR., SUITE 1100
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - ON APPEAL

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.12**

**Nonpriority creditor's name and mailing address**
ALFALLA
C/O KEVIN W. BROWN, ESQ.
4000 PONCE DE LEON BLVD, SUITE 470
CORAL GABLES, FL 33146

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - CONCLUDED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.13**

**Nonpriority creditor's name and mailing address**
ALLSAT SOLUTIONS
6155 S US HWY 1
GRANT, FL 32949

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$64.20

**3.14**

**Nonpriority creditor's name and mailing address**
ALPHASENSE INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$25,500.00

3.15

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|
| AMAZON WEB SERVICES<br>PO BOX 84023<br>SEATTLE, WA 98124 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135,853.09 |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.16

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|
| ANTHONY OTTO<br>50 BOTTOMWOOD STREET<br>BRAMPTON, ON L6S 0B3<br>CANADA | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,250.00 |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.17

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|
| APPLEBY (CAYMAN) LTD.<br>71 FORT STREET, APPLEBY TOWER<br>GEORGE TOWN, GC KY1-1104<br>CAYMAN ISLANDS | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,069.15 |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.18

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|
| APPLEBY GLOBAL SERVICES (CAYMAN) LI<br>71 FORT STREET<br>GRAND CAYMAN, OUT OF COUNTRY<br>KY1-1106<br>CAYMAN ISLANDS | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,216.09 |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.19**

**Nonpriority creditor's name and mailing address**
ARCHWAY RESEARCH GROUP LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$57,049.00

**3.20**

**Nonpriority creditor's name and mailing address**
ARNON, TADMOR-LEVY

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$8,768.65

**3.21**

**Nonpriority creditor's name and mailing address**
ASCENT AVIATION SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$148,511.13

**3.22**

**Nonpriority creditor's name and mailing address**
ASHLEY HUFFMAN AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
CRAIG SIENEMA
C/O LAW OFFICES OF DANIEL A SEIGEL, PA
2600 N. MILITARY TRAIL, SUITE 260
BOCA RATON, FL 33431

**Date or dates debt was incurred**
11/7/2024

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
SETTLEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$500,000.00

**3.23**

**Nonpriority creditor's name and mailing address**
ATTICUS ADVISORY SOLUTIONS INC.
UNIT 1406 CENTERPOINT BLDG GARNET R
ORTIGAS CTR, PASIF CITY, METRO MANI,
OUT OF COUNTRY 1605
PHILIPPINES

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$23,424.45

**3.24**

**Nonpriority creditor's name and mailing address**
AYUELA JIMENEZ LEGAL, SL

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$5,162.74

**3.25**

**Nonpriority creditor's name and mailing address**
BARROS Y ERRAZURIZ ABOGADOS
LIMITAD
ISIDORA GOYENECHEA 2939 FLOOR 10
LAS CONDES, SANTIAGO, RM
CHILE

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$1,214.58

**3.26**

**Nonpriority creditor's name and mailing address**
BASKETBALL PROPERTIES LIMITED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$214,799.30

**3.27**

**Nonpriority creditor's name and mailing address**
BDO USA PC
5300 PATTERSON AVE SE SUITE 100
GRAND RAPIDS, MI 49512

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$666,500.00

**3.28**

**Nonpriority creditor's name and mailing address**
BENANTI & ASSOCIATES
350 BEDFORD STREET, SUITE 201
STAMFORD, CT 6901

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$550.00

**3.29**

**Nonpriority creditor's name and mailing address**
BENJAMIN WANDER
1815 PURDY AVE
MIAMI BEACH, FL 33139

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$48,600.00

**3.30**

**Nonpriority creditor's name and mailing address**
BLAKE, CASSELS & GRAYDON LLP
199 BAY STREET SUITE 4000, COMMERCE
TORONTO, ON M5L 1A9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$249,580.37

**3.31**

**Nonpriority creditor's name and mailing address**
BLOOMBERG FINANCE LP
731 LEXINGTON AVENUE
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$7,501.00

**3.32**

**Nonpriority creditor's name and mailing address**
BOCA OWNERS LLC DBA THE BOCA RATON
- BOCA BEACH CLUB
501 E. CAMINO REAL
BOCA RATON, FL 33432

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$125,000.00

**3.33**

**Nonpriority creditor's name and mailing address**
BOIS & CUIR USA INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$125,283.00

**3.34**

**Nonpriority creditor's name and mailing address**
BONDS ELLIS EPPICH SCHAFER JONES LL
420 THROCKMORTON STREET SUITE 1000
FORT WORTH, TX 76102

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$14,252.50

**3.35**

**Nonpriority creditor's name and mailing address**
BOOZ ALLEN HAMILTON INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$24,895.00

**3.36**

**Nonpriority creditor's name and mailing address**
BRICKELL INSURANCE HOLDING LLC
C/O GLASSRATNER
3500 MAPLE AVE, SUITE 420
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.37**

**Nonpriority creditor's name and mailing address**
CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60675-5723

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$26,789.51

**3.38**

**Nonpriority creditor's name and mailing address**
CHANGE LENDING LLC
C/O WUERSCH & GERING LLP, ATTN: DAVID AZRIN, ESQ
88 PINE STREET, 20TH FL.
NEW YORK, NY 10005

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

3.39

**Nonpriority creditor's name and mailing address**
CHANNELBOUND, LLC
1311 W 96TH ST SUITE 170
INDIANAPOLIS, IN 46260

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$2,024.56

3.40

**Nonpriority creditor's name and mailing address**
CHESTNUT HILL TECHNOLOGIES, INC.
300 SE 2ND STREET
SUITE 600
FORT LAUDERDALE, FL 33301

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$196,680.00

3.41

**Nonpriority creditor's name and mailing address**
CHILLOUT GROUP LIMITED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$881,100.00

3.42

**Nonpriority creditor's name and mailing address**
CHRISTIAN SABARDINE AEROSPACE
TRANSACTIONS INTERNATIONA
10128 TURNBERRY PLACE
OAKTON, VA 22124

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$85,989.00

**3.43**

**Nonpriority creditor's name and mailing address**
CISION US INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$3,955.00

**3.44**

**Nonpriority creditor's name and mailing address**
CITADEL SPV LLC
85 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$3,600.00

**3.45**

**Nonpriority creditor's name and mailing address**
CITY OF MIAMI
444 SW 2ND AVENUE
MIAMI, FL 33130

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$922.56

**3.46**

**Nonpriority creditor's name and mailing address**
COASTAL CLOUD LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$822.50

**3.47**

**Nonpriority creditor's name and mailing address**
COMPASS GROUP USA, INC
2400 YORKMONT ROAD
CHARLOTTE, NC 28217

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$3,412.51

**3.48**

**Nonpriority creditor's name and mailing address**
COMPUTERSHARE TRUST COMPANY, N.A.
462 SOUTH 4TH ST MAILBOX 829 16TH F
LOUISVILLE, KY 40202

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$14,000.00

**3.49**

**Nonpriority creditor's name and mailing address**
CONCUR TECHNOLOGIES, INC
601 108TH AVENUE NE, SUITE 1000
BELLEVUE, WA 98004

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$81,097.50

**3.50**

**Nonpriority creditor's name and mailing address**
CONNOLLY GALLAGHER LLP

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$50,000.00

**3.51**

**Nonpriority creditor's name and mailing address**
CONSILIO INC
1828 L STREET NW SUITE 1070
WASHINGTON, DC 20036

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$2,082.98

**3.52**

**Nonpriority creditor's name and mailing address**
CONYERS DILL AND PEARMAN LIMITED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$49,323.70

**3.53**

**Nonpriority creditor's name and mailing address**
CORVUS LIGHTS AVIATION LIMITED, ET AL.
C/O CLIFFORD CHANCE LLP - GUY BURKITT
10 UPPER BANK ST.
LONDON E14 5JJ, DX 149120 CANARY
WHARF 3

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.54**

**Nonpriority creditor's name and mailing address**
COX BUSINESS
6205-B PEACHTREE DUNWOODY ROAD NE
ATLANTA, GA 30328

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$101.17

**3.55**

**Nonpriority creditor's name and mailing address**
CROWN CASTLE FIBER LLC
1220 AUGUSTA DRIVE SUITE 600
HOUSTON, TX 77057

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,910.00

**3.56**

**Nonpriority creditor's name and mailing address**
CSC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,480.14

**3.57**

**Nonpriority creditor's name and mailing address**
CT CORPORATION SYSTEM
28 LIBERTY STREET
NEW YORK, NY 10005

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$2,000.00

**3.58**

**Nonpriority creditor's name and mailing address**
CVENT INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$8,031.40

**3.59**

**Nonpriority creditor's name and mailing address**
CYPRESS HOLDINGS LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$14,682.50

**3.60**

**Nonpriority creditor's name and mailing address**
DACIAN MASTER FUND LP
C/O HAYNES AND BOONE LLP - FRASHER MURPHY
2801 N. HARWOOD ST. SUITE 2300
DALLAS, TX 75201

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
PRE-PETITION DIP LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,172,000.00

**3.61**

**Nonpriority creditor's name and mailing address**
DBRS, INC.
140 BROADWAY 43RD FLOOR
NEW YORK, NY 10005

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$11,250.00

**3.62**

**Nonpriority creditor's name and mailing address**
DE LAGE LANDEN FINANCIAL SERVICES INC
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$8,384.70

**3.63**

**Nonpriority creditor's name and mailing address**
DELAWARE DIVISION OF CORPORATIONS
SECRETARY OF STATE
401 FEDERAL STREET, SUITE 4
DOVER, DE 19901

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$220.00

**3.64**

**Nonpriority creditor's name and mailing address**
DELAWARE EMPLOYMENT TRAINING FUND
PO BOX 4414
BINGHAMTON, NY 13902

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$34.62

**3.65**

**Nonpriority creditor's name and mailing address**
DEPARTMENT OF THE TREASURY IRS
1160 W 1200 S ST
OGDEN, UT 84201-0009

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$2,270.66

**3.66**

**Nonpriority creditor's name and mailing address**
DIFFERENCE BENEFITS LLC
100 VALLEY ROAD SUITE 202
MOUNT ARLINGTON, NJ 7856

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.67**

**Nonpriority creditor's name and mailing address**
DOCUSIGN
221 MAIN STREET
SAN FRANCISCO, CA 94105

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$42,621.04

**3.68**

**Nonpriority creditor's name and mailing address**
DOVEV GROUP LTD.
3-35 STONE CHURCH RD, SUITE 163
ANCASTER, ON L9K 1S4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$85,300.00

**3.69**

**Nonpriority creditor's name and mailing address**
DRATA, INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$15,000.00

**3.70**

**Nonpriority creditor's name and mailing address**
E DANYA PERRY PLLC DBA PERRY LAW
445 PARK AVENUE FLOOR 7
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$20,490.00

**3.71**

**Nonpriority creditor's name and mailing address**
ECS FINANCIAL SERVICES INC
3400 DUNDEE ROAD SUITE 180
NORTHBROOK, IL 60062

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$560.00

**3.72**

**Nonpriority creditor's name and mailing address**
EDUARDO F. RODRIGUEZ, P.A
7825 SW 179 TERRACE
PALMETTO BAY, FL 33157

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$47,639.85

**3.73**

**Nonpriority creditor's name and mailing address**
EFAX CORPORATE/J2 CLOUD SERVICES, L
700 S FLOWER ST SUITE 1500
LOS ANGELES, CA 90017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$33.90

**3.74**

**Nonpriority creditor's name and mailing address**
EGAN-JONES RATINGS COMPANY
61 HAVERFORD STATION ROAD
HAVERFORD, PA 19041

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$70,000.00

**3.75**

**Nonpriority creditor's name and mailing address**
EIGHTH WONDER STUDIO LLC
68 SE 6TH STREET, #3710
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$22,042.00

**3.76**

**Nonpriority creditor's name and mailing address**
ELITE536, LLC
5753 HWY 85N #5206
CRESTVIEW, FL 32536

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$90,500.00

**3.77**

**Nonpriority creditor's name and mailing address**
EMPIRE OFFICE INC
105 MADISON AVENUE
NEW YORK, NY 10016

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$826.65

**3.78**

**Nonpriority creditor's name and mailing address**
EQUINOX FITNESS CLUBS
ATTN: CORPORATE ACCOUNTS OFFICE
1 PO BOX 1774
NEW YORK, NY 10156-1774

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$73,569.64

**3.79**

**Nonpriority creditor's name and mailing address**
ERNST & YOUNG LLP (UK)
1 MORE PLACE
LONDON, LN SE1 2AF
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$210,135.19

**3.80**

**Nonpriority creditor's name and mailing address**
ERNST & YOUNG LLP (US)
200 PLAZA DRIVE, SUITE 2222
SECAUCUS, NJ 7094

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$275,960.50

**3.81**

**Nonpriority creditor's name and mailing address**
ERVIN GRAVES STRATEGY GROUP, LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$90,000.00

**3.82**

**Nonpriority creditor's name and mailing address**
EYETHU EVENTS PTY LTD

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Amount of claim**
$24,710.00

**3.83**

**Nonpriority creditor's name and mailing address**
F3EA HOLDINGS, LLC
C/O GLASSRATNER
3500 MAPLE AVE, SUITE 420
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.84**

**Nonpriority creditor's name and mailing address**
FLAGLER TECHNOLOGIES, LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$12,069.50

**3.85**

**Nonpriority creditor's name and mailing address**
FREDERICK A LOVE
C/O EFR LAW FIRM - EDUARDO F. RODRIGUEZ
2121 PONCE DE LEON BLVD. STE 400
CORAL GABLES, FL 33134

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.86**

**Nonpriority creditor's name and mailing address**
GARTNER INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$8,750.01

**3.87**

**Nonpriority creditor's name and mailing address**
GEORGE J KEHL

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$25,000.00

**3.88**

**Nonpriority creditor's name and mailing address**
GOOGLE
PO BOX 39000
SAN FRANCISCO, CA 94139

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$127,485.26

**3.89**

**Nonpriority creditor's name and mailing address**
GORDON REES SCULLY MANSUKHANI LLP
100 PRINGLE AVENUE SUITE 300
WALNUT CREEK, CA 94596-3580

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$86,340.62

**3.90**

**Nonpriority creditor's name and mailing address**
GOVDOCS, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$615.77

**3.91**

**Nonpriority creditor's name and mailing address**
GUIDEHOUSE INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$35,451.25

**3.92**

**Nonpriority creditor's name and mailing address**
GUIDEPOINT GLOBAL LLC
675 AVENUE OF AMERICAS, 2ND FLOOR
NEW YORK, NY 10010

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$1,350.00

**3.93**

**Nonpriority creditor's name and mailing address**
HARRY BRIAN

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$1,345.15

**3.94**

**Nonpriority creditor's name and mailing address**
HAYMARKET INSURANCE COMPANY
415 BEDFORD ROAD, SUITE 102
PLEASANTVILLE, NY 10570

**Date or dates debt was incurred**
7/20/2021

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
SECURED TERM LOAN

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$24,902,418.02

**3.95**

**Nonpriority creditor's name and mailing address**
HAYMARKET INSURANCE COMPANY
415 BEDFORD ROAD, SUITE 102
PLEASANTVILLE, NY 10570

**Date or dates debt was incurred**
6/30/2021

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$6,785,290.25

**3.96**

**Nonpriority creditor's name and mailing address**
HAYMARKET INSURANCE COMPANY
415 BEDFORD ROAD, SUITE 102
PLEASANTVILLE, NY 10570

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION DIP LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.97**

**Nonpriority creditor's name and mailing address**
HERITAGE PINES DEVELOPMENT LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$25,000.00

**3.98**

**Nonpriority creditor's name and mailing address**
HERITAGE TRAVEL AND TOURISM LTD
C/O CARLTON FIELDS, P.A - AARON WEISS
700 NW 1ST AVENUE, STE 1200
MIAMI, FL 33136

**Date or dates debt was incurred**
6/2/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$5,945,001.90

**3.99**

**Nonpriority creditor's name and mailing address**
HIHELLO, INC.
927 INDUSTRIAL AVE
PALO ALTO, CA 94303

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$17,600.00

**3.100**

**Nonpriority creditor's name and mailing address**
HOLLAND & KNIGHT, LLP
PO BOX 936937
ATLANTA, GA 31193-6397

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$35,778.74

**3.101**

**Nonpriority creditor's name and mailing address**
HOOTSUITE INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$5,878.61

**3.102**

**Nonpriority creditor's name and mailing address**
HUB INTERNATIONAL
777 SW 37TH AVE, #500
MIAMI, FL 33135

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$32.00

**3.103**

**Nonpriority creditor's name and mailing address**
IBISWORLD, INC
11755 WILSHIRE BLVD 11TH FLOOR
LOS ANGELES, CA 90025

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$10,000.00

**3.104**

**Nonpriority creditor's name and mailing address**
ILEX ANALYTICA LLC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$3,120.00

**3.105**

**Nonpriority creditor's name and mailing address**
IMPIRA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$99.99

**3.106**

**Nonpriority creditor's name and mailing address**
INFLIGHT CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$489,637.50

**3.107**

**Nonpriority creditor's name and mailing address**
INFOSYS LIMITED
507 E HOWARD LN, BUILDING 1, SUITE 200
AUSTIN, TX 78753

**Date or dates debt was incurred**
9/3/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
SETTLEMENT AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$5,809,572.00

**3.108**

**Nonpriority creditor's name and mailing address**
ING CAPITAL
C/O MORGAN, LEWIS & BROCKIUS LLP -
BRIAN FRONTINO
600 BRICKELL AVE., SUITE 1600
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.109**

**Nonpriority creditor's name and mailing address**
INSURETY CAPITAL, LLC
C/O GLASSRATNER
3500 MAPLE AVE, SUITE 420
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.110**

**Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,183.03

**3.111**

**Nonpriority creditor's name and mailing address**
JACKSON LEWIS, PC
1133 WESTCHESTER AVE SUITE S125
WEST HARRISON, NY 10604

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$25,548.00

**3.112**

**Nonpriority creditor's name and mailing address**
JAMF NOW
100 WASHINGTON AVE S, SUITE 900
MINNEAPOLIS, MN 55401

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$8.00

**3.113**

**Nonpriority creditor's name and mailing address**
JAZZ REINSURANCE COMPANY
257 EAST 200 SOUTH, STE 725
SALT LAKE CITY, UT 84111

**Date or dates debt was incurred**
11/30/2022

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
LIMITED GUARANTY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$39,281,852.91

**3.114**

**Nonpriority creditor's name and mailing address**
JOSHI WORLDWIDE IP LIMITED T/A JOSH
LAW

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$4,382.10

**3.115**

**Nonpriority creditor's name and mailing address**
JOSHUA CRAIG WANDER
1300 MONAD TERRACE PHB
MIAMI BEACH, FL 33139

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$417,854.01

**3.116**

**Nonpriority creditor's name and mailing address**
JPC PHASE 2, ASSIGNEE (NAVAN INC)
C/O BARRY S. TURNER, P.A.
PO BOX 330189
MIAMI, FL 33233

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$36,071.25

**3.117**

**Nonpriority creditor's name and mailing address**
KENTUCKY STATE TREASURER
PO BOX 1360
FRANKFURT, KY 40602

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$350.00

**3.118**

**Nonpriority creditor's name and mailing address**
KNOWBE4 INC
33 N GARDEN AVE, STE 1200
CLEARWATER, FL 33755

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$14,682.00

**3.119**

**Nonpriority creditor's name and mailing address**
KORN FERRY (US)
4000 PONCE DE LEON BLVD
SUITE 410
CORAL GABLES, FL 33146

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$140,000.00

**3.120**

**Nonpriority creditor's name and mailing address**
KPMG LLP
3 CHESTNUT RIDGE ROAD
MONTVALE, NJ 7645

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$100,000.00

**3.121**

**Nonpriority creditor's name and mailing address**
KROLL BOND RATING AGENCY, LLC
805 THIRD AVENUE, 29TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$70,000.00

**3.122**

**Nonpriority creditor's name and mailing address**
KROLL LLC
55 EAST 52ND ST 17TH FL
NEW YORK, NY 10055

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$293,572.50

**3.123**

**Nonpriority creditor's name and mailing address**
LASSE MEILSOE, CELINE E-BIZZ LTD AND
TRAVEL CLOUD CORP. APS
KULTORVET 11, 4TH FLOOR
DK-1175 COPENHAGEN K
DENMARK,

**Date or dates debt was incurred**
3/1/2024

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
SETTLEMENT AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.124**

**Nonpriority creditor's name and mailing address**
LEADENHALL CAPITAL PARTNERS LLP
LEVEL 15, 70 MARK LANE
LONDON, EC3R 7NQ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.125**

**Nonpriority creditor's name and mailing address**
LEADENHALL CAPITAL PARTNERS LLP
LEVEL 15, 70 MARK LANE
LONDON, EC3R 7NQ
UNITED KINGDOM

**Date or dates debt was incurred**
5/7/2021

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
GUARANTEE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.126**

**Nonpriority creditor's name and mailing address**
LEAMINGTON INSURANCE ADVISORS LTD

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$428,745.42

**3.127**

**Nonpriority creditor's name and mailing address**
LEGAL RESOURCES GROUP, LLC
134 N LA SALLE ST STE 800
CHICAGO, IL 60602-1197

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$15,100.80

**3.128**

**Nonpriority creditor's name and mailing address**
LEVY ADVISORS, LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$30,000.00

**3.129**

**Nonpriority creditor's name and mailing address**
LIGHTHOUSE SERVICES, INC
1710 WALTON RD
BLUE BELL, PA 19422

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,012.22

**3.130**

**Nonpriority creditor's name and mailing address**
LNRS DATA SERVICES INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$130,750.00

**3.131**

**Nonpriority creditor's name and mailing address**
LYNNE MCDONNELL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WAGE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$69,230.76

**3.132**

**Nonpriority creditor's name and mailing address**
MACABACUS, INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,680.00

**3.133**

**Nonpriority creditor's name and mailing address**
MACARTHUR COURT I LLC
550 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$2,436.72

**3.134**

**Nonpriority creditor's name and mailing address**
MACFARLANES LLP
20 CURSITOR STREET
LONDON, OUT OF COUNTRY EC4A 1LT
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$163,347.26

**3.135**

**Nonpriority creditor's name and mailing address**
MALT FAMILY TRUST
C/O JOHN STURGEON, TRUSTEE
MANSTON, RAMSEY ROAD
LAXEY IM4 7PT, OUT OF COUNTRY ISLE OF MAN

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - CONCLUDED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.136**

**Nonpriority creditor's name and mailing address**
MARANA AEROSPACE SOLUTIONS, INC.
DBA ASCENT AVIATION SERVICES
24641 PINAL AIR PARK ROAD
MARANA, AZ 85653

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$129,439.32

**3.137**

**Nonpriority creditor's name and mailing address**
MARSH USA LLC
1166 AVENUES OF AMERICAS
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$188.00

**3.138**

**Nonpriority creditor's name and mailing address**
MAXWELL CONSULTING, LLC
1 HOLLIS LANE
CROTON ON HUDSON, NY 10250

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$6,600.00

**3.139**

**Nonpriority creditor's name and mailing address**
MAYER BROWN - HONG KONG

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$28,825.77

**3.140**

**Nonpriority creditor's name and mailing address**
MAYER BROWN LLP
311 W MONROE ST, STE 600
CHICAGO, IL 60606-9908

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$36,288.22

**3.141**

**Nonpriority creditor's name and mailing address**
MCDERMOTT WILL & SCHULTE
919 THIRD AVENUE
NEW YORK, NY 10022

**Date or dates debt was incurred**
7/21/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
ARBITRATION AWARD

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$833,744.16

**3.142**

**Nonpriority creditor's name and mailing address**
MCGUIREWOODS LLP
800 E. CANAL STREET
RICHMOND, VA 23219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$478,476.28

**3.143**

**Nonpriority creditor's name and mailing address**
MEDIAMONKS
C/O OFFIT KURMAN PC - CASEY Z. DONOYAN ESQ
445 S. FIGUEROA ST., 18TH FLOOR
LOS ANGELES, CA 90071

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION - CONCLUDED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.144**

**Nonpriority creditor's name and mailing address**
MEDIAMONKS INC
228 EAST 45TH ST SUITE 9E
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.145**

**Nonpriority creditor's name and mailing address**
MERLIN SEARCH TECHNOLOGIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$3,383.50

**3.146**

**Nonpriority creditor's name and mailing address**
META-E DISCOVERY LLC
93 RIVER STREET
MILFORD, CT 6460

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$57,916.14

**3.147**

**Nonpriority creditor's name and mailing address**
MEYERS
C/O CHIRINOS LAW FIRM PLLC
370 CAMINO GARDENS BLVD., SUITE 106
BOCA RATON, FL 33432

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.148**

**Nonpriority creditor's name and mailing address**
MITCHELL STEIN CAREY CHAPMAN PC
2600 NORTH CENTRAL AVE SUITE 1000
PHOENIX, AZ 85004

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$3,604.70

**3.149**

**Nonpriority creditor's name and mailing address**
MLADEN SORMAZ
NO RECORD FOUND

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$359.72

**3.150**

**Nonpriority creditor's name and mailing address**
MLE PARKING 600, LLC
600 BRICKELL AVENUE, SUITE 2515
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$4,311.77

**3.151**

**Nonpriority creditor's name and mailing address**
MONTGOMERY STRATEGIES GROUP
5711 OGDEN RD
BETHESDA, MD 20816

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$11,825.00

**3.152**

**Nonpriority creditor's name and mailing address**
MPG PROMOTIONS, LLC
246 WALNUT STREET SUITE D
NEWTON, MA 2460

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$2,929.23

**3.153**

**Nonpriority creditor's name and mailing address**
NATIONAL FOUNDERS, LP
3715 DAVINCI COURT
SUITE 200
PEACHTREE CORNERS, GA 30092

**Date or dates debt was incurred**
1/19/2022

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNSECURED LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,187,113,090.59

**3.154**

**Nonpriority creditor's name and mailing address**
NATIONAL FOUNDERS, LP
3715 DAVINCI COURT
SUITE 200
PEACHTREE CORNERS, GA 30092

**Date or dates debt was incurred**
1/19/2022

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNSECURED LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$162,938,795.94

**3.155**

**Nonpriority creditor's name and mailing address**
NELSON MULLINS RILEY & SCARBOROUGH
1320 MAIN STREET 17TH FLOOR
COLUMBIA, SC 29201

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.156**

**Nonpriority creditor's name and mailing address**
NEW MOON NUTRITION AND WELLNESS

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,100.00

**3.157**

**Nonpriority creditor's name and mailing address**
NICHOLAS CIAGLIA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,500.00

**3.158**

**Nonpriority creditor's name and mailing address**
NORTON ROSE FULBRIGHT AUSTRALIA
LEVEL 5, 60 MARTIN PLACE
SYDNEY, NS 2000
AUSTRALIA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$303,170.47

**3.159**

**Nonpriority creditor's name and mailing address**
NORTON ROSE FULBRIGHT LLP-LONDON
3 MORE RIVERSIDE UNITED KINGDOM
LONDON, LN SE1 2AQ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$247,311.93

**3.160**

**Nonpriority creditor's name and mailing address**
NORTON ROSE FULBRIGHT SOUTH AFRICA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$33,180.66

**3.161**

**Nonpriority creditor's name and mailing address**
NORTON ROSE FULBRIGHT US LLP
1301 MCKINNEY, SUITE 5100
HOUSTON, TX 77010

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$302,395.47

**3.162**

**Nonpriority creditor's name and mailing address**
OAG AVIATION WORLDWIDE LLC
23736 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$17,960.68

**3.163**

**Nonpriority creditor's name and mailing address**
OBRA CAPITAL MANAGEMENT
C/O GLENN AGRE BERGMAN & FUENTES
LLP - ANDREW K. GLENN
1185 AVENUE OF THE AMERICAS, 22ND
FLOOR
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION - PENDING

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.164**

**Nonpriority creditor's name and mailing address**
OPTIONS PRICE REPORTING AUTHORITY,
400 S LASALLE ST
CHICAGO, IL 60605

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$220.50

**3.165**

**Nonpriority creditor's name and mailing address**
PAUL HASTINGS LLP

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$41,735.02

**3.166**

**Nonpriority creditor's name and mailing address**
PEER-POINT SERVICES, LLC
600 BRICKELL AVE
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,495.00

**3.167**

**Nonpriority creditor's name and mailing address**
PHOENICIA, LLC
C/O GLASSRATNER
3500 MAPLE AVE, SUITE 420
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.168**

**Nonpriority creditor's name and mailing address**
PITCHBOOK DATA, INC.
901 5TH AVENUE, SUITE 1200
SEATTLE, WA 98164

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$20,000.00

**3.169**

**Nonpriority creditor's name and mailing address**
PK WONG & NAIR LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$15,000.00

**3.170**

**Nonpriority creditor's name and mailing address**
PKF NEWCASTLE PTY LIMITED
755 HUNTER STREET
NEWCASTLE WEST, NS 2302
AUSTRALIA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$2,274.53

**3.171**

**Nonpriority creditor's name and mailing address**
POPULOUS EVENT INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$84,716.07

**3.172**

**Nonpriority creditor's name and mailing address**
PORTFOLIO MEDIA INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$2,016.75

**3.173**

**Nonpriority creditor's name and mailing address**
PRINCIPAL FINANCIAL GROUP ATTN: WSRS
711 HIGH STREET
DES MOINES, IA 50392

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$300.00

**3.174**

**Nonpriority creditor's name and mailing address**
QUADIENT FINANCE USA, INC.
PO BOX 6813
CAROL STREAM, IL 60197

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$893.43

**3.175**

**Nonpriority creditor's name and mailing address**
QUADIENT, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$785.80

**3.176**

**Nonpriority creditor's name and mailing address**
QUINN EMANUEL URQUHART & SULLIVAN,
865 S FIGUEROA ST 10TH FLOOR
LOS ANGELES, CA 90017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$621,147.53

**3.177**

**Nonpriority creditor's name and mailing address**
REFINITIV US LLC
PO BOX 415983
BOSTON, MA 2241

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$8,338.00

**3.178**

**Nonpriority creditor's name and mailing address**
RELX INC. LEXIS NEXIS, A DIVISION OF
RELX INC
PO BOX 933
DAYTON, OH 45401

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$7,387.00

**3.179**

**Nonpriority creditor's name and mailing address**
REPARIO DATA LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$45,811.67

**3.180**

**Nonpriority creditor's name and mailing address**
RIDER LEVETT BUCKNALL UK LTD

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$60,000.00

**3.181**

**Nonpriority creditor's name and mailing address**
RINGCENTRAL, INC
20 DAVIS DRIVE
BELMONT, CA 94002

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$17,841.19

**3.182**

**Nonpriority creditor's name and mailing address**
S&P GLOBAL MARKET INTELLIGENCE LLC
55 WATER ST
NEW YORK, NY 10041

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$46,666.65

**3.183**

**Nonpriority creditor's name and mailing address**
SAP AMERICA, INC
3999 WEST CHESTER PIKE
NEWTOWN SQUARE, PA 19073

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$337,234.40

**3.184**

**Nonpriority creditor's name and mailing address**
SAP FIONEER USA LLC
2929 ARCH STREET SUITE 1700
PHILADELPHIA, PA 19104

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$727,500.00

**3.185**

**Nonpriority creditor's name and mailing address**
SAS INSTITUTE INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$8,980.00

**3.186**

**Nonpriority creditor's name and mailing address**
SAUL EWING LLP
1500 MARKET STREET FLOOR 38
PHILADELPHIA, PA 19102-2128

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$139,024.54

**3.187**

**Nonpriority creditor's name and mailing address**
SCOTT SIDELL
C/O CHIRINOS LAW FIRM PLLC
370 CAMINO GARDENS BLVD., SUITE 106
BOCA RATON, FL 33432

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
$2,697,909.97

**Date or dates debt was incurred**

**Basis for the claim:**
JUDGMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188**

**Nonpriority creditor's name and mailing address**
SEABURY INTERNATIONAL CORPORATE
FIN LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$12,366.35

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.189**

**Nonpriority creditor's name and mailing address**
SECURITIES AND EXCHANGE COMMISSION
C/O BEN KURUVILLA
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
$0.00

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION - PENDING

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.190**

**Nonpriority creditor's name and mailing address**
SHIBOLET & CO
4 YITZHAK SADEH ST
TEL AVIV, OUT OF COUNTRY 6777504
ISRAEL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
$0.00

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.191**

**Nonpriority creditor's name and mailing address**
SIGNAL FINANCIAL HOLDING
C/O GLASSRATNER
3500 MAPLE AVE, SUITE 420
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.192**

**Nonpriority creditor's name and mailing address**
SLARSKEY LLC
767 THIRD AVENUE 14TH FL
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$278,189.77

**3.193**

**Nonpriority creditor's name and mailing address**
SMARTBOX TV, INC NUNCHEE
600 BRICKELL AVE, 19TH FL
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$509,211.57

**3.194**

**Nonpriority creditor's name and mailing address**
SOFTWARE ONE, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$45,849.66

**3.195**

**Nonpriority creditor's name and mailing address**
SPECTORGROUP 11, LLP

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$7,681.75

**3.196**

**Nonpriority creditor's name and mailing address**
STATE OF NEW JERSEY DEPARTMENT OF LABOR
457 HADDONFIELD RD, SUITE 700
CHERRY HILL, NJ 8002

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$269.31

**3.197**

**Nonpriority creditor's name and mailing address**
STEARNS WEAVER MILLER WEISSLER
ALHA & SITTERSON, PA
150 WEST FLAGLER STREET SUITE 2200
MIAMI, FL 33130

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$157,808.47

**3.198**

**Nonpriority creditor's name and mailing address**
STEPTOE LLP
2029 CENTURY PARK EAST SUITE 980
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$141,562.70

**3.199**

**Nonpriority creditor's name and mailing address**
STEVEN DOUGLAS ASSOCIATES, LLC
13450 W. SUNRISE BLVD., SUITE 200
SUNRISE, FL 33323

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$150,000.00

**3.200**

**Nonpriority creditor's name and mailing address**
STEVEN W PASKO
1451 BRICKELL AVENUE PH54
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$33,553,947.15

**3.201**

**Nonpriority creditor's name and mailing address**
STEVEN W PASKO
1451 BRICKELL AVENUE PH54
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$265,054.28

**3.202**

**Nonpriority creditor's name and mailing address**
STRIPE
C/O ROBERT HARRIS
255 ALHAMBRA CIRCLE, SUITE 330
CORAL GABLES, FL 33143

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION - CONCLUDED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.203**

**Nonpriority creditor's name and mailing address**
STUMPHAUZER KOLAYA NADLER & SLOMAN,
2 SOUTH BISCAYNE BLVD, SUITE 1600
MIAMI, FL 33131

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$153,721.02

**3.204**

**Nonpriority creditor's name and mailing address**
SUTTON NATIONAL INSURANCE COMPANY
C/O GLASSRATNER
3500 MAPLE AVE, SUITE 420
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNKNOWN

**3.205**

**Nonpriority creditor's name and mailing address**
TADMOR LEVY PARTNERSHIP
5 AZRIELI CTR, THE SQUARE TOWER, 13
TEL AVIV, TA 6701101
ISRAEL

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$7,839.29

**3.206**

**Nonpriority creditor's name and mailing address**
TEEM TECHNOLOGIES LLC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$4,815.00

**3.207**

**Nonpriority creditor's name and mailing address**
TGI OFFICE AUTOMATION LLC
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$322.86

**3.208**

**Nonpriority creditor's name and mailing address**
TGI OFFICE AUTOMATION, INC
120 3RD STREET
BROOKLYN, NY 11231

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$230.59

**3.209**

**Nonpriority creditor's name and mailing address**
THE BENEFIT PRACTICE
1055 WASHINGTON BLVD, SUITE 610
STAMFORD, CT 6901

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$51,098.45

**3.210**

**Nonpriority creditor's name and mailing address**
THE OXBRIDGE GROUP LTD
150 E 52ND ST, SUITE 2600
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$11,250.00

**3.211**

**Nonpriority creditor's name and mailing address**
THE SIEGFRIED GROUP LLP
1201 N MARKET STREET SUITE 700
WILMINGTON, DE 19801

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$81,355.00

**3.212**

**Nonpriority creditor's name and mailing address**
THOMSON REUTERS (TAX & ACCOUNTING)
2395 MIDWAY RD
CARROLLTON, TX 75006

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$7,263.26

**3.213**

**Nonpriority creditor's name and mailing address**
THREE SQUARES INTERNATIONAL, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$21,000.00

**3.214**

**Nonpriority creditor's name and mailing address**
TLT LLP
20 GRESHAM STREET
LONDON, OUT OF COUNTRY EC2V 7JE
ENGLAND

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$0.00

**3.215**

**Nonpriority creditor's name and mailing address**
TROWERS & HAMLINS LLP
3 BUNHILL ROW
LONDON, OUT OF COUNTRY EC1Y 8YZ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$25,919.03

**3.216**

**Nonpriority creditor's name and mailing address**
TURNKEYZRG ZRG PARTNERS HOLDINGS CORP

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$25,000.00

**3.217**

**Nonpriority creditor's name and mailing address**
UBER TECHNOLOGIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$2,748.56

**3.218**

**Nonpriority creditor's name and mailing address**
USDC, SDNY
SILVIO J. MOLLO BUILDING
1 ST. ANDREW'S PLAZA
NEW YORK, NY 10007

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$0.00

**3.219**

**Nonpriority creditor's name and mailing address**
VARUNA CONSULTING PTY LIMITED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$71,317.09

**3.220**

**Nonpriority creditor's name and mailing address**
VASCO DA GAMA SOCIEDADE ANONIMA DO FUTEBOL

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$39,600.00

**3.221**

**Nonpriority creditor's name and mailing address**
VIDA INSURANCE CREDIT OPPORTUNITY FUND II, LP
437 MADISON AVENUE
26TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**
7/13/2026

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$7,088,354.00

**3.222**

**Nonpriority creditor's name and mailing address**
VIDA INSURANCE CREDIT OPPORTUNITY FUND III, LP
437 MADISON AVENUE
26TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**
7/13/2026

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$7,097,714.00

**3.223**

**Nonpriority creditor's name and mailing address**
VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP)
437 MADISON AVENUE
26TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**
7/13/2026

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
JUDGMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$11,813,932.00

**3.224**

**Nonpriority creditor's name and mailing address**
VMS TRAVELS & TOURS INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$173,300.80

**3.225**

**Nonpriority creditor's name and mailing address**
VYSOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$10.00

**3.226**

**Nonpriority creditor's name and mailing address**
WAGEWORKS
1100 PARK PLACE 4TH FLOOR
SAN MATEO, CA 94403

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$5,515.15

**3.227**

**Nonpriority creditor's name and mailing address**
WALKERS (IRELAND) LLP

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim**
$21,847.91

**3.228**

**Nonpriority creditor's name and mailing address**
WALL STREET PREP, INC.
1330 BEACON STREET, SUITE 355B
BROOKLINE, MA 2446

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim**
$31,267.06

**3.229**

**Nonpriority creditor's name and mailing address**
WALTER CAMP FOOTBALL FOUNDATION
INC

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim**
$10,000.00

**3.230**

**Nonpriority creditor's name and mailing address**
WAYSTONE CORPORATE SERVICES (IE) LI
3RD FLOOR 76 LOWER BAGGOT STREET
DUBLIN 2, OUT OF COUNTRY D02 EK81
IRELAND

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim**
$5,691.22

**3.231**

**Nonpriority creditor's name and mailing address**
WILMINGTON TRUST
PO BOX 8955
WILMINGTON, DE 19899

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$5,300.00

**3.232**

**Nonpriority creditor's name and mailing address**
YOUNG CONAWAY STARGATT & TAYLOR
1000 NORTH KING STREET
WILMINGTON, DE 19801

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Amount of claim**
$15,250.96

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | $184,636.93 |
| **5b.** Total claims from Part 2 | 5b. | $1,551,711,596.85 |
| **5c.** Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $1,551,896,233.78 |

**Fill in this information to identify the case:**

Debtor name 777 PARTNERS LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (If known): 26-90193

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT WHITE PLAINS OFFICE | 140-150 GRAND HOLDINGS, LLC C/O JACK SITT REAL ESTATE LLC<br>P.O BOX 989<br>NEW YORK, NY 10150 |
| **State the term remaining** | 5.7 YRS | |
| **List the contract number of any government contract** | | |
| **2.2** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | PAYROLL PROCESSING | ADP, LLC<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| **State the term remaining** | 1.2 YRS | |
| **List the contract number of any government contract** | | |
| **2.3** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | D&O INSURANCE | BERKLEY PROFESSIONAL LIABILITY<br>757 THIRD AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10017 |
| **State the term remaining** | 1 YR | |
| **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.4** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | CROWDSTRIKE - CYBERSECURITY | CDW DIRECT, LLC<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 |
| **State the term remaining** | 4.5 MO. | |
| **List the contract number of any government contract** | | |
| **2.5** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | HAS OAP MEDICAL BENEFITS - 00627681 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>900 COTTAGE GROVE ROAD<br>BLOOMFIELD, CT 06002 |
| **State the term remaining** | 4.5 MO. | |
| **List the contract number of any government contract** | | |
| **2.6** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | EB EMPLOYEE SOLUTIONS, LLC<br>ATTN: CHRISTOPHER CALDERONE PO BOX 322<br>MOUNT KISCO, NY 10549 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.7** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | VISION INSURANCE - VC-145 | FIDELITY SECURITY LIFE INSURANCE COMPANY<br>2600 GRAND BLVD.<br>SUITE 900<br>KANSAS CITY, MO 64108 |
| **State the term remaining** | 4.5 MO. | |
| **List the contract number of any government contract** | | |
| **2.8** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING MASTER SERVICE AGREEMENT | HCM UNLOCKED, LLC<br>5568 FOX HOLLOW DR<br>BOCA RATON, FL 33486 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.9** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | HOTLINE SERVICES AGREEMENT | LIGHTHOUSE SERVICES, INC.<br>1710 WALTON RD, SUITE 204<br>BLUE BELL, PA 19422 |
| **State the term remaining** | 7 MO. | |
| **List the contract number of any government contract** | | |
| **2.10** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | WORKER'S COMPENSATION - WC9548454 | MARSH USA LLC<br>830 BRICKELL PLAZA<br>MIAMI, FL 33131 |
| **State the term remaining** | 3 MO. | |
| **List the contract number of any government contract** | | |
| **2.11** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL LIABILITY - GLO 9548453-07 | MARSH USA LLC<br>830 BRICKELL PLAZA<br>MIAMI, FL 33131 |
| **State the term remaining** | 3 MO. | |
| **List the contract number of any government contract** | | |
| **2.12** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | GROUP ACCIDENT, DENTAL, TERM LIFE & ACCIDENTAL DEATH, DISABILITY, LONG-TERM BENEFITS, SUPPLEMENTAL TERM LIFE, POLICY: 05954327-G | METROPOLITAN LIFE INSURANCE COMPANY<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| **State the term remaining** | 4.5 MO. | |
| **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AGREEMENT | ML HEALTHCARE SERVICES LLC<br>5 GREENWICH OFFICE PARK<br>SUITE 400<br>GREENWICH, CT 06831 |
| **State the term remaining** | 4 MO. | |
| **List the contract number of any government contract** | | |
| **2.14** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | SEE ATTACHMENT | POTENTIAL EXECUTORY CONTRACTS - SEE ATTACHMENT |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.15** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | SHARED SPACE - LEASE FOR 777 PARTNERS | QUEST WORKSPACES, LLC - MIAMI TOWER<br>100 SE 2ND ST<br>STE 2000<br>MIAMI, FL 33131 |
| **State the term remaining** | 1.1 YRS | |
| **List the contract number of any government contract** | | |
| **2.16** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | COPY MACHINE LEASE | TGI OFFICE AUTOMATION, LLC<br>120 3RD STREET<br>BROOKLYN, NY 11231 |
| **State the term remaining** | 7 MO. | |
| **List the contract number of any government contract** | | |
| **2.17** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT CALIFORNIA OFFICE - FOR 777 SOFTWARE LLC | THE IRVINE COMPANY, LLC<br>550 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660 |
| **State the term remaining** | 1.2 YRS | |
| **List the contract number of any government contract** | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.18** | | |
| **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | WALDER, JONATHAN<br>ADDRESS REDACTED |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name 777 PARTNERS LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (If known): 26-90193

☐ Check if this is an amended filing

# Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ACM DELEGATE LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.2** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.3** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.4** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.5** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.7** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.8** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ACM DELEGATE LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.9** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ACM DELEGATE LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.10** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ATLANTIC COAST LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.11** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.12** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.13** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.14** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.15** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.16** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.17** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.18** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.19** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.20** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.21** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.22** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.23** | 600 PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | SENTINEL SECURITY LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.24** | 777 ASSET MANAGEMENT LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.25** | 777 ASSET MANAGEMENT LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.26** | 777 ASSET MANAGEMENT LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.27** | 777 ASSET MANAGEMENT LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.28** | 777 ASSET MANAGEMENT LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.29** | 777 ASSET MANAGEMENT LTD | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.30** | 777 PARTNERS UK LIMITED | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.31** | 777 REAL ESTATE LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.32** | 777 SOFTWARE LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.33** | 777 STREAM LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.34** | ACUBENS II, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.35** | ACUBENS II, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.36** | ACUBENS II, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.37** | ACUBENS, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.38** | ACUBENS, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.39** | ACUBENS, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.40** | ASELLUS RECEIVABLES, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.41** | ASELLUS RECEIVABLES, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.42** | ASELLUS RECEIVABLES, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.43** | BLUEHILL ANNUITIES, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.44** | BLUEHILL ANNUITIES, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.45** | BLUEHILL ANNUITIES, LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.46** | BRICKELL INSURANCE HOLDINGS LLC | 600 BRICKELL AVE<br>MIAMI, FL 33131 | BMO HARRIS BANK N.A. | ☑ D<br>☐ E/F<br>☐ G |
| **2.47** | BRICKELL INSURANCE HOLDINGS LLC | 600 BRICKELL AVE<br>MIAMI, FL 33131 | SILAC INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.48** | BRICKELL PC INSURANCE HOLDINGS | | VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP) | ☐ D<br>☑ E/F<br>☐ G |
| **2.49** | BRICKELL PC INSURANCE HOLDINGS | | VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP) | ☐ D<br>☑ E/F<br>☐ G |
| **2.50** | BRICKELL PC INSURANCE HOLDINGS | | VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP) | ☐ D<br>☑ E/F<br>☐ G |
| **2.51** | CONWAY ACCEPTANCE LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.52** | CONWAY ACCEPTANCE LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.53** | CONWAY ACCEPTANCE LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.54** | CONWAY MEMBER CORP. | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.55** | CONWAY MEMBER CORP. | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.56** | CONWAY MEMBER CORP. | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.57** | DORECHESTER RECEIVABLES II LLC | | LEADENHALL CAPITAL PARTNERS LLP | ☐ D<br>☑ E/F<br>☐ G |
| **2.58** | EMPLOYEE FUNDING OF AMERICA, LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ATLANTIC COAST LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.59** | EMPLOYEE FUNDING OF AMERICA, LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.60** | EMPLOYEE FUNDING OF AMERICA, LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | SENTINEL SECURITY LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.61** | F3EA CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.62** | F3EA CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.63** | F3EA CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.64** | F3EA CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.65** | F3EA FUNDING LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.66** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.67** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.68** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ATLANTIC COAST LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.69** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.70** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.71** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.72** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.73** | F3EA HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | SENTINEL SECURITY LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.74** | F3EA SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.75** | F3EA SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.76** | F3EA SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.77** | F3EA SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.78** | FFI HOLDINGS LIMITED | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.79** | FILM FINANCES, INC. | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| **2.80** | FLEXFLIGHT APS | | LASSE MEILSOE, CELINE E-BIZZ LTD AND TRAVEL CLOUD CORP. APS | ☐ D ☐ E/F ☑ G |
| **2.81** | G7AC LLC | | LASSE MEILSOE, CELINE E-BIZZ LTD AND TRAVEL CLOUD CORP. APS | ☐ D ☐ E/F ☑ G |
| **2.82** | INSURETY AGENCY SERVICES LLC | | LEADENHALL CAPITAL PARTNERS LLP | ☐ D ☑ E/F ☐ G |
| **2.83** | JARM CAPITAL LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| **2.84** | JARM CAPITAL LLC | | ATLANTIC COAST LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| **2.85** | JARM CAPITAL LLC | | HAYMARKET INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| **2.86** | JARM CAPITAL LLC | | SENTINEL SECURITY LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| **2.87** | JOSHUA WANDER | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| **2.88** | JOSHUA WANDER | | NAKULA MANAGEMENT LIMITED | ☐ D ☑ E/F ☐ G |
| **2.89** | JOSHUA WANDER | | ATLANTIC COAST LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.90** | JOSHUA WANDER | | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.91** | JOSHUA WANDER | | SENTINEL SECURITY LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.92** | JUSTICE FUNDS, LLC | | ASHLEY HUFFMAN AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF CRAIG SIENEMA | ☐ D<br>☑ E/F<br>☐ G |
| **2.93** | LEX CAPITAL HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.94** | LEX CAPITAL HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.95** | LEX CAPITAL HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.96** | LEX CAPITAL HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.97** | LEX CAPITAL HOLDINGS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.98** | LR COMPANY III LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.99** | LR COMPANY III LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.100** | LR COMPANY III LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.101** | LUMIERE ACQUISITIONS COMPANY LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.102** | LUMIERE FINANCING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.103** | MANAGED CARE ADVISORY GROUP, LLC | | VARADERO MASTER FUND LP & BR HOLDING VIII, LLC | ☐ D<br>☑ E/F<br>☐ G |
| **2.104** | MCAG FUNDING I LLC | | VARADERO MASTER FUND LP & BR HOLDING VIII, LLC | ☐ D<br>☑ E/F<br>☐ G |
| **2.105** | MEDSET FUNDING LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.106** | MTCP LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.107** | NIMBLE FUNDING LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.108** | NUTMEG ACQUISITION LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.109** | SEVILLISTAS UNIDOS 2020 SL | | NAKULA MANAGEMENT LIMITED | ☐ D<br>☑ E/F<br>☐ G |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.110** | SIGNAL AHF MEDICAL RECEIVABLES HOLDCO LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.111** | SIGNAL FINANCIAL HOLDINGS LLC | SIGNAL MEDICAL RECEIVABLES, LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.112** | SIGNAL FINANCIAL HOLDINGS LLC | SIGNAL NATIONAL LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP) | ☐ D<br>☑ E/F<br>☐ G |
| **2.113** | SIGNAL FINANCIAL HOLDINGS LLC | SIGNAL NATIONAL LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP) | ☐ D<br>☑ E/F<br>☐ G |
| **2.114** | SIGNAL FINANCIAL HOLDINGS LLC | SIGNAL NATIONAL LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP) | ☐ D<br>☑ E/F<br>☐ G |
| **2.115** | SIGNAL FUNDING LLC | SIGNAL FINANCIAL HOLDINGS LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.116** | SIGNAL LF PORTFOLIO HOLDCO LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.117** | SIGNAL MEDICAL RECEIVABLES, LLC | SIGNAL AHF MEDICAL RECEIVABLES HOLDCO LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.118** | SIGNAL MEDICAL RECEIVABLES, LLC | SIGNAL NATIONAL LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.119** | SIGNAL MEDICAL RECEIVABLES, LLC | SIGNAL NATIONAL LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.120** | SIGNAL MEDICAL RECEIVABLES, LLC | SIGNAL NATIONAL LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.121** | SIGNAL MEDICAL RECEIVABLES, LLC | SIGNAL NATIONAL LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.122** | SIGNAL MLH MEDICAL RECEIVABLES HOLDCO LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.123** | SIGNAL NATIONAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.124** | SIGNAL NATIONAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.125** | SIGNAL NATIONAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.126** | SIGNAL NATIONAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.127** | SIGNAL SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.128** | SIGNAL SML 1 LLC | SIGNAL LF PORTFOLIO HOLDCO LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.129** | SIGNAL SML 2 LLC | SIGNAL MLH MEDICAL RECEIVABLES HOLDCO LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.130** | SIGNAL SML 4, LLC | SIGNAL SERVICING LLC<br>C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | LEADENHALL CAPITAL PARTNERS LLP | ☐ D<br>☑ E/F<br>☐ G |
| **2.131** | SKC 1 LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.132** | SKC RX LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.133** | SLF 2 LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.134** | SPA II LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.135** | SPEED LEASING COMPANY LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.136** | SPLCSS III LLC | | LEADENHALL CAPITAL PARTNERS LLP | ☐ D<br>☑ E/F<br>☐ G |
| **2.137** | SPSS FUND 1, LLC | | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.138** | SPSS FUND 1, LLC | | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.139** | SPSS FUND 1, LLC | | HAYMARKET INSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.140** | ST. JAMES RECEIVABLES II LLC | | JAZZ REINSURANCE COMPANY | ☐ D<br>☑ E/F<br>☐ G |
| **2.141** | STEVEN W. PASCO | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.142** | SUSTAINABLE SUPPLIES LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.143** | SUTTONPARK ACQUISITION LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.144** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ASHLEY HUFFMAN AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF CRAIG SIENEMA | ☐ D<br>☑ E/F<br>☐ G |
| **2.145** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | MCDERMOTT WILL & SCHULTE | ☐ D<br>☑ E/F<br>☐ G |
| **2.146** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.147** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.148** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.149** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | VIDA INSURANCE CREDIT OPPORTUNITY FUND II, LP | ☐ D<br>☑ E/F<br>☐ G |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.150** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | VIDA INSURANCE CREDIT OPPORTUNITY FUND III, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.151** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | VIDA LONGEVITY FUND LP (NKA OBRA INSURANCE FUND LP) | ☐ D<br>☑ E/F<br>☐ G |
| **2.152** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.153** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.154** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.155** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.156** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.157** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.158** | SUTTONPARK CAPITAL LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.159** | SUTTONPARK SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.160** | SUTTONPARK SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.161** | SUTTONPARK SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.162** | SUTTONPARK SERVICING LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.163** | TACTICAL MARKETING PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | AAV2024 LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.164** | TACTICAL MARKETING PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | ADVANTAGE CAPITAL HOLDINGS LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.165** | TACTICAL MARKETING PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | DACIAN MASTER FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| **2.166** | TACTICAL MARKETING PARTNERS LLC | C/O GLASSRATNER<br>3500 MAPLE AVE, SUITE 420<br>DALLAS, TX 75219 | HAYMARKET INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| **2.167** | TRANS ATLANTIC LIFETIME MORTGAGES LTD | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.168** | TRIPLE 7 IRISH OPERATIONS LIMITED | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.169** | TRIPLE 7 SPORTS MANAGEMENT LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.170** | TRIPLET GLOBAL LLC | | HAYMARKET INSURANCE COMPANY & AAV2024, LLC, WITH ACM DELEGATE, LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| **2.171** | VOLANS 2018 LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.172** | VOLANS 2018 LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.173** | VOLANS 2018 LLC | | NATIONAL FOUNDERS, LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.174** | WORLDTICKET APS | | LASSE MEILSOE, CELINE E-BIZZ LTD AND TRAVEL CLOUD CORP. APS | ☐ D<br>☐ E/F<br>☑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name 777 PARTNERS LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (*If known*): 26-90193

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2026
MM / DD / YYYY

✘ /s/ MARK SHAPIRO
Signature of individual signing on behalf of debtor

MARK SHAPIRO
Printed name

CHIEF OPERATING OFFICER / AUTHORIZED SIGNATORY
Position or relationship to debtor

**SCHEDULE G ATTACHMENT**

**Potential** Executory Contracts and Unexpired Leases [1]

| Description of Contract or Lease | Counterparty's Name | Address 1 | City | State | ZIP |
|---|---|---|---|---|---|
| Terms of Service - cloud computing platform | AWS | 410 Terry Avenue North | Seattle | WA | 98109 |
| Terms of Service - cloud accounting integrations | G-Accon LLC | 42055 Borchart Dr | Novi | MI | 48375 |
| Terms of Service - domain name registrar | GoDaddy | 100 S. Mill Ave, Suite 1600 | Tempe | AZ | 85281 |
| Terms of Service - productivity and collaboration apps | Google Workspace | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |
| Terms of Service - web hosting | Liquid Web, LLC | 21700 Melrose Avenue | Southfield | MI | 48075 |
| Customer Agreement/Online Subscription Agreement | Microsoft | One Microsoft Way | Redmond | WA | 98052 |
| Master Services Agreement - software platform | Network Solutions | 5335 Gate Pkwy | Jacksonville | FL | 32256 |
| Terms of Service - WebOps and cloud hosting | Pantheon | 717 California St | San Francisco | CA | 94108 |
| Terms of Service - accounting software | Xero, Inc. | 1875 South Grant Street, Level 6, Suite #640 | San Mateo | CA | 94402 |

[1] Debtors do not concede these are executory contracts but include them out of an abundance of caution to the extent they may be.